RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Counsel continued on subsequent page*

Attorneys for Defendant
ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:25-cv-05643<br><br>**NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT**<br><br>[San Francisco County Superior Court Case No. CGC-25-625892] |

QUINN V. WALKER (CA SBN 336266)
QWalker@mofo.com
MORRISON & FOERSTER LLP
100 L Street, NW Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

GRACE YANG (CA SBN 286635)
gyang@conmetkane.com
LIZ KIM (CA SBN 295277)
lkim@conmetkane.com
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.469.1715

Attorneys for Defendant
ANTHROPIC PBC

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1338, 1441, 1446, and 1454, Defendant Anthropic PBC hereby removes this action, Case No. CGC-25-625892—with reservation of all defenses and rights—from the Superior Court of the County of San Francisco, California, to the United States District Court for the Northern District of California on the following grounds:

## STATEMENT OF THE CASE

1. On June 4, 2025, Reddit, Inc. filed suit against Anthropic in the Superior Court of the State of California, San Francisco County, in *Reddit, Inc. v. Anthropic, PBC*, Case No. CGC-25-625892. (Exhibit A, Complaint and Jury Demand.) Reddit is a social media website delivering an "online discussion platform" for purportedly over 100 million users. (Compl. ¶ 3.) Anthropic is an artificial intelligence safety and research company developing reliable, interpretable, and steerable artificial intelligence systems, including a family of large language models named Claude. (*See* Compl., ¶¶ 23–25.)

2. In its Complaint, Reddit asserts five causes of action against Anthropic: 1) breach of contract; 2) unjust enrichment; 3) trespass to chattels; 4) tortious interference with contract; and 5) unfair competition under California's Business and Professional Code section 17200. (*Id.*, ¶¶ 64–96.)

3. All of Reddit's causes of action are based on its allegation that Anthropic improperly "scraped" the "posts" of Reddit users without authorization and used that content for "commercial gain" in support of its development of the artificial intelligence product offering, "Claude." (*Id.*, ¶¶ 7, 46, 61, 69–70, 73, 77, 87, 93.) Reddit asserts that Anthropic's alleged conduct violates Sections 3, 5, and 7 of the Reddit User Agreement, which together purportedly prohibit data scraping and the use of Reddit content for commercial gain, and further permit Reddit users to retain ownership rights over their posts. (*Id.*, ¶¶ 27–28, 30–31.)

## GROUNDS FOR REMOVAL

4. Anthropic removes this action based on federal question jurisdiction under 28 U.S.C. § 1338, which confers exclusive jurisdiction to federal district courts over "any Act of Congress relating to . . . copyrights." 28 U.S.C. § 1338(a); *see also* 28 U.S.C. § 1331 (providing

federal district courts with "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States"). Removal is appropriate under 28 U.S.C. § 1454, which authorizes removal of any "claim for relief arising under any Act of Congress relating to . . . copyrights" to federal district court. 28 U.S.C. § 1454(a); *see also* 28 U.S.C. § 1441(a) (removal appropriate for any action over which federal district courts have "original jurisdiction").

5. Reddit frames its five causes of action as arising under California state law, but four of them are not qualitatively different from rights protected by copyright, for the reasons discussed below. Therefore, they are preempted by the federal Copyright Act under 17 U.S.C. § 301(a). *See Daniher v. Pixar Animation Studios*, No. 22-cv-00372-BLF, 2022 WL 1470480, at *4 (N.D. Cal. May 10, 2022) (holding that a state law claim is preempted under 17 U.S.C. § 301(a) where "(1) it pertains to a work within the subject matter of copyright under Sections 102 and 103 and (2) it asserts 'legal or equitable rights that are equivalent to any of the exclusive rights within the general scope of copyright under Section 106.'" (citing *Montz v. Pilgrim Films & Television, Inc.*, 649 F.3d 975, 979 (9th Cir. 2011))).

6. Each of Reddit's causes of action is predicated on allegations that Anthropic accessed and reproduced content hosted on Reddit without authorization as part of developing training materials for Anthropic's Claude. (Compl., ¶¶ 7, 46, 61, 69–70, 73, 77, 87, 93.) The content at the heart of all of Reddit's causes of action is Reddit user-generated content. This content includes written stories, links, images, polls, and videos that Reddit users post online, (*Id.*, ¶¶ 18–20). Reddit does not purport to own this content and is instead only a nonexclusive licensee. (*See* Exhibit A to Compl. at § 5 ("You retain any ownership rights you have in Your Content but you grant Reddit the following [non-exclusive] license to use that Content")). But removal is still warranted, because all of this subject matter is the type of content protected by the Copyright Act. *See Best Carpet Values, Inc. v. Google, LLC*, 90 F.4th 962, 972 (9th Cir. 2024) (holding that the nature of the rights at issue, not the nature of the complained of action is the focus of the preemption analysis); *see also Yu v. ByteDance Inc.*, No. 23-cv-03503-SI, 2023 WL 5671932, at *6 (N.D. Cal. Sept. 1, 2023) (holding that online videos fall within the subject matter of the Copyright Act as "other audiovisual works"); *Craigslist Inc. v. 3Taps Inc.*, 942 F. Supp. 2d

962, 971 (N.D. Cal. 2013) (holding that posts on classified advertisement website sufficiently original to fall within the subject matter of the Copyright Act).

7. The rights that Reddit seeks to vindicate through four of its causes of action are equivalent to rights protected under the Copyright Act and do not contain any "extra elements" that would avoid preemption. *See Yu v. ByteDance Inc.*, 2023 WL 5671932, at *4 ("To survive preemption, a state cause of action must protect rights that are qualitatively different from the rights protected by copyright: the complaint must allege an 'extra element' that changes the nature of the action." (quoting *Grosso v. Miramax Film Corp.*, 383 F.3d 965, 968 (9th Cir. 2004))). For example, Reddit's claim for unjust enrichment is based exclusively on Reddit's assertion that Anthropic used Reddit users' content without permission or compensation. (*See* Compl. ¶¶ 72–74.) But this amounts to "little more than camouflage for an attempt to exercise control over the exploitation of a copyright." *See X Corp. v. Bright Data Ltd.*, 733 F. Supp. 3d 832, 853 (N.D. Cal. 2024) (quoting *In re Jackson*, 972 F.3d 25, 38 (2d Cir. 2020)) (holding that the Copyright Act preempted state law claims—including unjust enrichment—based on scraping and selling of data). In *Daniher*, the court held that a similar claim for unjust enrichment, predicated on unauthorized use of a copyrighted work in the defendant's movie, was not "qualitatively different from copyright claims," and was therefore preempted. *See Daniher*, 2022 WL 1470480 at *4. Numerous other courts have held that analogous state law claims for unjust enrichment based on unauthorized use of copyrightable material are preempted by federal law. *See, e.g., Best Carpet Values Inc.,* 90 F.4th at 972–73 (holding that unjust enrichment claim was preempted by the Copyright Act); *Daniher*, 2022 WL 1470480 at *4 (collecting cases).

8. While federal preemption of one state cause of action is sufficient to justify removal of Reddit's entire Complaint, *see id.*, Reddit's claims for breach of contract, tortious interference with contract, and at least portions of its unfair competition claim under California Business & Professions Code § 17200 are also premised on its allegations that Anthropic scraped Reddit content without authorization and that Reddit suffered damages as a result. (*See* Compl. ¶¶ 64–71, 83–96.) No extra elements are alleged and therefore, these claims are preempted by federal law as well. *See Firoozye v. Earthlink Network*, 153 F. Supp. 2d 1115, 1126 (N.D. Cal.

2001) (finding breach of contract claim preempted where plaintiff "only asserts that defendant violated a promise not to use a certain work. . . ."); *Media.net Advert. FZ-LLC v. NetSeer, Inc.*, 156 F. Supp. 3d 1052, 1072 (N.D. Cal. 2016) (tortious interference with contract claim preempted by Copyright Act); *Yu*, 2023 WL 5671932, at *6 (unfair competition claim preempted by Copyright Act).

## **PROCEDURAL REQUIREMENTS**

9. Removal to the United States District Court for the Northern District of California is proper because it "embrac[es]" the City and County of San Francisco, the "place where [this] action is pending." 28 U.S.C. § 1441(a).

10. This Notice of Removal is timely, because Anthropic was served with Reddit's Complaint on June 6, 2025. *See* Exhibit B; *see also* 28 U.S.C. § 1446(b)(2)(B) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons . . . to file the notice of removal.").

11. Anthropic will promptly serve written notice of this Notice of Removal on Reddit and will also file a copy with all its attachments and proof of service with the Clerk of the Superior Court of the State of California, San Francisco County, in accordance with 28 U.S.C. § 1446(d).

BASED ON ALL OF THE ABOVE, Anthropic removes this action, in *Reddit, Inc. v. Anthropic, PBC*, Case No. CGC-25-625892, from the Superior Court of the County of San Francisco, California, to the United States District Court for the Northern District of California.

Dated: July 3, 2025                MORRISON & FOERSTER LLP

By:/s/ *Ragesh K. Tangri*
Ragesh K. Tangri

*Attorneys for Defendant*
ANTHROPIC PBC