RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ANTHROPIC PBC

*Counsel continued on subsequent page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

REDDIT, INC.,

Plaintiff,

v.

ANTHROPIC PBC,

Defendant.

Case No. 3:25-cv-05643

**ANTHROPIC PBC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

QUINN V. WALKER (CA SBN 336266)
QWalker@mofo.com
MORRISON & FOERSTER LLP
100 L Street, NW Suite 900
Washington, DC 20037, USA
Telephone: 202.887.1500
Facsimile: 202.887.0763

GRACE YANG (CA SBN 286635)
gyang@conmetkane.com
LIZ KIM (CA SBN 295277)
lkim@conmetkane.com
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.469.1715

Attorneys for Defendant
ANTHROPIC PBC

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that, apart from the named party, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC, which is a wholly owned subsidiary of Alphabet, Inc.,
2. Amazon Web Services, Inc., which is a wholly owned subsidiary of Amazon.com, Inc.

A judge has not yet been assigned to this matter.

Dated: July 3, 2025

MORRISON & FOERSTER LLP

By: */s/ Ragesh K. Tangri*
Ragesh K. Tangri

*Attorneys for Defendant*
ANTHROPIC PBC