RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
ANTHROPIC PBC

*Counsel continued on subsequent page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:25-cv-05643 <br><br> **JOINT STIPULATION TO STAY CASE PENDING MEDIATION AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | QUINN V. WALKER (CA SBN 336266) |
| | QWalker@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 100 L Street, NW Suite 900 |
| 3 | Washington, DC 20037, USA |
| | Telephone:    202.887.1500 |
| 4 | Facsimile:    202.887.0763 |
| 5 | GRACE YANG (CA SBN 286635) |
| | gyang@conmetkane.com |
| 6 | LIZ KIM (CA SBN 295277) |
| | lkim@conmetkane.com |
| 7 | CONRAD METLITZKY KANE LLP |
| | 217 Leidesdorff Street |
| 8 | San Francisco, CA 94111 |
| | Telephone: 415.469.1715 |
| 9 | |
| | Attorneys for Defendant |
| 10 | ANTHROPIC PBC |
| 11 | |
| 12 | QUINN EMANUEL ERQUHART |
| | & SULLIVAN, LLP |
| 13 | |
| | John B. Quinn (Bar No. 090378) |
| 14 | johnquinn@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 15 | Los Angeles, CA  90017 |
| | Telephone:  (213) 443-3000 |
| 16 | Facsimile:  (213) 443-3100 |
| 17 | |
| | Morgan W. Tovey (Bar No. 136242) |
| 18 | morgantovey@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 19 | San Francisco, CA  94111 |
| | Telephone:  (415) 875-6600 |
| 20 | Facsimile:  (415) 875-6700 |
| 21 | |
| | Corey Worcester (*pro hac vice* forthcoming) |
| 22 | coreyworcester@quinnemanuel.com |
| | Stefan Berthelsen (*pro hac vice* forthcoming) |
| 23 | stephanberthelsen@quinnemanual.com |
| | 295 Fifth Ave. |
| 24 | New York, New York  10016 |
| 25 | Telephone:  (212) 849-7000 |
| | Facsimile:  (212) 849-7100 |
| 26 | |
| | Attorneys for Plaintiff |
| 27 | REDDIT, INC. |
| 28 | |

JOINT STIPULATION TO STAY CASE PENDING MEDIATION AND [PROPOSED] ORDER
CASE NO. 3:25-cv-05643

Plaintiff Reddit, Inc. and Defendant Anthropic PBC (collectively, "the Parties") hereby stipulate and agree, by and through their respective counsel, as follows:

WHEREAS Reddit, Inc. filed suit against Anthropic PBC in the Superior Court of the State of California, San Francisco County, in *Reddit, Inc. v. Anthropic PBC*, Case No. CGC-25-625892, on June 4, 2025;

WHEREAS Anthropic removed this matter to the United District Court for the Northern District of California on July 3, 2025;

AND WHEREAS mediation in this matter is scheduled to begin on August 1, 2025;

NOW, THEREFORE, in the interest of judicial economy and for good cause showing, the Parties agree to stay this matter in its entirety through and including August 15, 2025.[1]  The Parties will provide a joint status report to the Court on August 13, 2025, that sets forth their respective positions on whether a further stay is warranted and if necessary, proposes deadlines for any responsive pleadings and other contemplated filings.

**IT IS SO STIPULATED**.

Dated: July 3, 2025        QUINN EMANUEL ERQUHART
                           & SULLIVAN, LLP


                           By: /s/ *John B. Quinn (with permission)*
                           _____
                               John B. Quinn

                           *Attorney for Plaintiff*
                           REDDIT, INC.


Dated: July 3, 2025        MORRISON & FOERSTER LLP


                           By: /s/ *Ragesh K. Tangri*
                           _____
                               Ragesh K. Tangri

                           *Attorney for Defendant*
                           ANTHROPIC PBC

---

[1] Reddit, Inc. reserves its right to seek a lifting of the stay if its duration and the basis for removal in Anthropic PBC's notice of removal would prejudice Reddit, Inc..

**IT IS SO ORDERED.**

Dated: \_\_\_\_\_, 2025

_____
U.S. DISTRICT COURT JUDGE