QUINN EMANUEL URQUHART
 & SULLIVAN, LLP

John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Corey Worcester (*pro hac vice* forthcoming)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (*pro hac vice* forthcoming)
stefanberthelsen@quinnemanual.com
295 Fifth Ave.
New York, New York  10016
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Attorneys for Plaintiff
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:25-cv-05643<br><br>**JOINT STATUS REPORT, STIPULATION REGARDING BRIEFING SCHEDULES & [PROPOSED] ORDER** |

1  RAGESH K. TANGRI (CA SBN 159477)
   RTangri@mofo.com
2  ADAM BRAUSA (CA SBN 298754)
   ABrausa@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street,
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  WHITNEY R. O'BYRNE (CA SBN 325698)
   WOByrne@mofo.com
7  LAURA LIVELY BABASHOFF (CA SBN 323922)
   LLively@mofo.com
8  KATHERINE E. MCNUTT (CA SBN 320128)
   KMcNutt@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
10 Los Angeles, California 90017-3543
   Telephone: 213.892.5200
11 Facsimile: 213.892.5454

12 QUINN V. WALKER (CA SBN 336266)
   QWalker@mofo.com
13 MORRISON & FOERSTER LLP
   100 L Street, NW Suite 900
14 Washington, DC 20037, USA
   Telephone: 202.887.1500
15 Facsimile: 202.887.0763

16 Attorneys for Defendant
   ANTHROPIC PBC

1    Plaintiff Reddit, Inc. and Defendant Anthropic PBC (collectively, "the Parties") hereby
2    stipulate and agree, by and through their respective counsel, as follows:
3    WHEREAS Reddit, Inc. filed suit against Anthropic PBC in the Superior Court of the State
4    of California, San Francisco County, in *Reddit, Inc. v. Anthropic PBC*, Case No. CGC-25-625892,
5    on June 4, 2025;
6    WHEREAS Anthropic removed this matter to the United District Court for the Northern
7    District of California on July 3, 2025;
8    WHEREAS the parties stipulated to a stay through August 15, 2025 in light of an August
9    1, 2025 mediation and committed to provide a status report to the Court on August 13, 2025;
10   WHEREAS the parties mediated this action on August 1, 2025 but were unable to resolve
11   the action;
12   WHEREAS the parties met and conferred on August 1, 2025 regarding the efficient
13   disposition of Reddit's anticipated motion to remand and Anthropic's responsive filing deadline;
14   NOW, THEREFORE the parties agree that Reddit shall file its anticipated motion to remand
15   on August 29, 2025, Anthropic shall respond in opposition on September 16, 2025, and Reddit shall
16   file its reply in support on September 25, 2025. The parties also agree to a hearing date before this
17   honorable Court on October 10, 2025 and shall take appropriate steps to reserve the hearing date.
18   The parties finally agree that Anthropic's deadline to respond to Reddit's complaint shall be stayed
19   until 14 days after the Court issues an order resolving Reddit's anticipated motion to remand.
20   **IT IS SO STIPULATED**.
21   Dated: August 13, 2025                    QUINN EMANUEL URQUHART
22                                             & SULLIVAN, LLP
23
24                                             By: */s Morgan Tovey*
                                                   Morgan Tovey
25
                                               *Attorney for Plaintiff*
26                                             REDDIT, INC.
27
28

| | | |
|---|---|---|
| 1 | Dated: August 13, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s Ragesh K. Tangri* |
| | | Ragesh K. Tangri |
| 4 | | |
| | | *Attorney for Defendant* |
| 5 | | ANTHROPIC PBC |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
U.S. DISTRICT COURT JUDGE