QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Corey Worcester (Admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (Admitted *pro hac vice*)
stefanberthelsen@quinnemanual.com
295 Fifth Ave.
New York, New York 10016
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Attorneys for Plaintiff
REDDIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ANTHROPIC PBC,<br><br>          Defendant. | Case No. 3:25-cv-05643<br><br>**JOINT STIPULATION REQUESTING IN-PERSON ARGUMENT FOR MOTION TO REMAND HEARING & [PROPOSED] ORDER** |

1  RAGESH K. TANGRI (CA SBN 159477)
   RTangri@mofo.com
2  ADAM BRAUSA (CA SBN 298754)
   ABrausa@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street,
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:    415.268.7522

6  WHITNEY R. O'BYRNE (CA SBN 325698)
   WOByrne@mofo.com
7  LAURA LIVELY BABASHOFF (CA SBN 323922)
   LLively@mofo.com
8  KATHERINE E. MCNUTT (CA SBN 320128)
   KMcNutt@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
10 Los Angeles, California  90017-3543
   Telephone:   213.892.5200
11 Facsimile:    213.892.5454

12 QUINN V. WALKER (CA SBN 336266)
   QWalker@mofo.com
13 MORRISON & FOERSTER LLP
   100 L Street, NW Suite 900
14 Washington, DC 20037, USA
   Telephone:   202.887.1500
15 Facsimile:    202.887.0763

16 Attorneys for Defendant
   ANTHROPIC PBC

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Reddit, Inc. and Defendant Anthropic PBC (collectively, "the Parties") hereby stipulate and agree, by and through their respective counsel, as follows:

WHEREAS Reddit, Inc. filed suit against Anthropic PBC in the Superior Court of the State of California, San Francisco County, in *Reddit, Inc. v. Anthropic PBC*, Case No. CGC-25-625892, on June 4, 2025;

WHEREAS Anthropic removed this matter to the United District Court for the Northern District of California on July 3, 2025;

WHEREAS pursuant to the Parties' stipulation and Court order entered on August 14, 2025 (ECF No. 14), Reddit filed its motion to remand on August 29, 2025;

WHEREAS pursuant to the Parties' agreement, Reddit noticed its motion for remand for a hearing before this Court on October 10, 2025 at 10:00 a.m. (ECF No. 19);

WHEREAS the Parties met and conferred via email on August 29, 2025 and agreed that in-person argument was preferable;

WHEREAS pursuant to the Court's standing order, all civil law and motion hearings will be conducted via Zoom, but if the parties wish to appear in person, the parties can submit a joint stipulation requesting an in-person hearing;

NOW, THEREFORE the Parties jointly request that, for the benefit of the Parties and the Court, the hearing on Reddit's motion to remand presently set for October 10, 2025 at 10:00 a.m. before the Honorable Susan Y. Illston, United States District Judge, at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 1, be conducted in person.

**IT IS SO STIPULATED**.

Dated: September 11, 2025

                                              QUINN EMANUEL URQUHART
                                                &amp; SULLIVAN, LLP

                                                By: */s Morgan Tovey*
                                                      Morgan Tovey

                                                *Attorney for Plaintiff*
                                                REDDIT, INC.

Dated: September 11, 2025

MORRISON & FOERSTER LLP

By: */s Ragesh K. Tangri*
Ragesh K. Tangri

*Attorney for Defendant*
ANTHROPIC PBC

**IT IS SO ORDERED.**

Dated: _____ , 2025

_____
U.S. DISTRICT COURT JUDGE