RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Counsel continued on subsequent page*

Attorneys for Defendant
ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC., | Case No. 3:25-cv-05643-SI |
| Plaintiff, | **JOINT STIPULATION REQUESTING CONTINUATION OF CASE MANGEMENT CONFERENCE AND ASSOCIATED DEADLINES & [PROPOSED] ORDER** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | [San Francisco County Superior Court Case No. CGC-25-625892] |

| | |
|---|---|
| 1 | QUINN V. WALKER (CA SBN 336266) |
| | QWalker@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 100 L Street, NW Suite 900 |
| 3 | Washington, DC 20037 |
| | Telephone:    202.887.1500 |
| 4 | Facsimile:    202.887.0763 |
| 5 | GRACE YANG (CA SBN 286635) |
| | gyang@conmetkane.com |
| 6 | CONRAD METLITZKY KANE LLP |
| | 217 Leidesdorff Street |
| 7 | San Francisco, CA 94111 |
| | Telephone: 415.469.1715 |
| 8 | |
| | Attorneys for Defendant |
| 9 | ANTHROPIC PBC |
| 10 | |
| 11 | QUINN EMANUEL URQUHART |
| | & SULLIVAN, LLP |
| 12 | |
| | John B. Quinn (Bar No. 090378) |
| 13 | johnquinn@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 14 | Los Angeles, CA  90017 |
| | Telephone:  (213) 443-3000 |
| 15 | Facsimile:  (213) 443-3100 |
| 16 | |
| | Morgan W. Tovey (Bar No. 136242) |
| 17 | morgantovey@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 18 | San Francisco, CA  94111 |
| | Telephone:  (415) 875-6600 |
| 19 | Facsimile:  (415) 875-6700 |
| 20 | |
| | Corey Worcester (Admitted *pro hac vice*) |
| 21 | coreyworcester@quinnemanuel.com |
| | Stefan Berthelsen (Admitted *pro hac vice*) |
| 22 | stefanberthelsen@quinnemanuel.com |
| | 295 Fifth Ave. |
| 23 | New York, New York  10016 |
| 24 | Telephone:  (212) 849-7000 |
| | Facsimile:  (212) 849-7100 |
| 25 | |
| | Attorneys for Plaintiff |
| 26 | REDDIT, INC. |
| 27 | |
| 28 | |

JOINT STIPULATION & [PROPOSED] ORDER
CASE NO. 3:25-CV-05643-SI

1    Plaintiff Reddit, Inc. and Defendant Anthropic PBC (collectively, "the Parties") hereby
2    stipulate and agree, by and through their respective counsel, as follows:
3    WHEREAS Reddit, Inc. filed suit against Anthropic PBC in the Superior Court of the
4    State of California, San Francisco County, in *Reddit, Inc. v. Anthropic PBC*, Case No. CGC-25-
5    625892, on June 4, 2025;
6    WHEREAS Anthropic removed this matter to the United District Court for the Northern
7    District of California on July 3, 2025;
8    WHEREAS pursuant to the Parties' stipulation and Court order entered on August 14,
9    2025 (ECF No. 14), Reddit filed its motion to remand on August 29, 2025;
10   WHEREAS pursuant to the Parties' agreement, Reddit noticed its motion for remand for a
11   hearing before this Court on October 10, 2025 at 10:00 a.m. (ECF No. 19);
12   WHEREAS pursuant to the Court order entered on July 3, 2025 (ECF No. 9), an Initial
13   Case Management Conference is also set to occur on October 10, 2025;
14   WHEREAS the Parties have met and conferred and agree that it is in the interest of both
15   Parties and judicial efficiency to continue the Initial Case Management Conference and
16   associated deadlines until Reddit's motion to remand is decided;
17   NOW, THEREFORE the Parties jointly request that, for the benefit of the Parties and the
18   Court, that the Initial Case Management Conference presently set for October 10, 2025, and all
19   associated deadlines, be taken off calendar and continued to a future date, to be determined after
20   the Court issues an order on Reddit's motion for remand.
21   **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 15, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Corey Worcester* <br> Corey Worcester |
| | *Attorney for Plaintiff* <br> REDDIT, INC. |
| Dated: September 15, 2025 | MORRISON & FOERSTER LLP |
| | By: */s/ Ragesh K. Tangri* <br> Ragesh K. Tangri |
| | *Attorney for Defendant* <br> ANTHROPIC PBC |

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

By: */s/ Ragesh K. Tangri*
Ragesh K. Tangri

*Attorney for Defendant*
ANTHROPIC PBC

1  The Initial Case Management Conference presently set for 10/25/2025, and all associated deadlines, are continued to 11/14/2025.

**IT IS SO ORDERED.**

Dated: September 15, 2025

_____
U.S. DISTRICT COURT JUDGE