RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

*Counsel continued on subsequent page*

Attorneys for Defendant
ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC., | Case No. 3:25-cv-5643-SI |
| Plaintiff, | **ANTHROPIC PBC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| ANTHROPIC PBC, | Hearing:  October 10, 2025 |
| Defendant. | Time:  10:00 a.m. |
| | Place:  Courtroom 1, 17th Floor |
| | Judge:  Hon. Susan Y. Illston |

QUINN V. WALKER (CA SBN 336266)
QWalker@mofo.com
MORRISON & FOERSTER LLP
100 L Street, NW Suite 900
Washington, DC 20037
Telephone:    202.887.1500
Facsimile:    202.887.0763

GRACE YANG (CA SBN 286635)
gyang@conmetkane.com
CONRAD METLITZKY KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.469.1715

Attorneys for Defendant
ANTHROPIC PBC

# TABLE OF CONTENTS

Page

I.    INTRODUCTION .................................................................................................. 1

II.    BACKGROUND .................................................................................................. 1

    A.    Anthropic's Transformative AI Systems .................................................. 1

    B.    Reddit's Business ..................................................................................... 2

    C.    Reddit's Lawsuit and Anthropic's Removal to Federal Court.................. 2

III.    ARGUMENT ....................................................................................................... 3

    A.    The Copyright Act Completely Preempts Reddit's State Law Claims That Do Not Qualitatively Differ from Copyright Claims....................... 3

        1.    Reddit's Breach of Contract Claim Is Preempted ....................... 5

        2.    Reddit's Unjust Enrichment Claim Is Preempted ....................... 8

        3.    Reddit's Tortious Interference Claim Is Preempted................... 11

        4.    Most of Reddit's UCL Claim Is Preempted................................ 13

    B.    The Court Should Exercise Supplemental Jurisdiction Over Reddit's Remaining Claims....................................................................... 15

IV.    CONCLUSION.................................................................................................. 16

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Acri v. Varian Assocs., Inc.*,
  114 F.3d 999 (9th Cir. 1997) ................................................................................ 15

*Altera Corp. v. Clear Logic*,
  424 F.3d 1079 (9th Cir. 2005) .............................................................................. 12

*Andersen v. Stability AI Ltd.*,
  744 F. Supp. 3d 956 (N.D. Cal. 2024) .................................................................... 9

*Arizona v. Cook Paint & Varnish Co.*,
  541 F.2d 226 (9th Cir. 1976) ................................................................................ 15

*Best Carpet Values, Inc. v. Google, LLC*,
  90 F.4th 962 (9th Cir. 2024) ........................................................................... passim

*Bowers v. Baystate Techs., Inc.*,
  320 F.3d 1317 (Fed. Cir. 2003) .............................................................................. 8

*Cadkin v. Loose*,
  No. SACV 08-1580 JVS (SHx), 2008 WL 11336390 (C.D. Cal. Apr. 24, 2008) ..................... 10

*Caterpillar Inc. v. Williams*,
  482 U.S. 386 (1987) ............................................................................................... 3

*Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.*,
  20 Cal. 4th 163 (1999) ......................................................................................... 14

*Cf. Jonathan Browning, Inc. v. Venetian Casino Resort, LLC*,
  No. C 07-3983 JSW, 2007 WL 4532214 (N.D. Cal. Dec. 19, 2007) ............................... 13

*Craigslist Inc. v. 3Taps Inc.*,
  942 F. Supp. 2d 962 (N.D. Cal. 2013) ..................................................................... 6

*Craigslist, Inc. v. Autoposterpro, Inc.*,
  No. CV 08-05069 SBA, 2009 WL 890896 (N.D. Cal. Mar. 31, 2009) ............................... 6

*Daniher v. Pixar Animation Studios*,
  No. 22-cv-00372-BLF, 2022 WL 1470480 (N.D. Cal. May 10, 2022) ............................ 9, 16

*Del Madera Props. v. Rhodes & Gardner, Inc.*,
  820 F.2d 973 (9th Cir. 1987) ................................................................................ 11

*Experexchange, Inc. v. Doculex, Inc.*,
  No. CV 08-03875-JCS, 2009 WL 3837275 (N.D. Cal. Nov. 16, 2009) .............................. 6

*Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*,
  499 U.S. 340 (1991) .................................................................................................. 4

*Firoozye v. Earthlink Network*,
  153 F. Supp. 2d 1115 (N.D. Cal. 2001) ............................................................... 9, 11

*Giddings v. Vision House Prod., Inc.*,
  No. CV 05-2963-PHX-MHM, 2007 WL 2274800 (D. Ariz. Aug. 7, 2007) ............ 15

*Grosso v. Miramax Film Corp.*,
  383 F.3d 965 (9th Cir. 2004) .............................................................................. 4, 10

*Idema v. Dreamworks, Inc.*,
  162 F. Supp. 2d 1129 (C.D. Cal. 2001) ................................................................ 15

*ISE Ent. Corp. v. Longarzo*,
  No. CV 17-9132-MWF(JCx), 2018 WL 1569803 (C.D. Cal. Feb. 2, 2018) ............. 6

*Jacobsen v. Katzer*,
  609 F. Supp. 2d 925 (N.D. Cal. 2009) .................................................................... 6

*Kadrey v. Meta Platforms, Inc.*,
  No. 23-cv-03417-VC, 2023 WL 8039640  (N.D. Cal. Nov. 20, 2023) ...................... 9

*Kinsley v. Udemy, Inc.*,
  No. 19-CV-04334-JSC, 2021 WL 1222489 (N.D. Cal. Mar. 31, 2021) .................... 7

*Laws v. Sony Music Ent., Inc.*,
  448 F.3d 1134 (9th Cir. 2006) .......................................................................... 4, 7, 9

*McCormick v. Sony Pictures Ent.*,
  No. CV 07-05697-MMM (PLAx), 2008 WL 11336160 (C.D. Cal. Nov. 17, 2008) ... 15

*MDY Indus., LLC v. Blizzard Ent., Inc.*,
  629 F.3d 928, 936 (9th Cir. 2010) ..................................................................... 6, 12

*Media.net Advert. FZ-LLC v. NetSeer, Inc.*,
  156 F. Supp. 3d 1051 (N.D. Cal. 2016) ................................................................. 13

*Meridian Project Sys., Inc. v. Hardin Constr. Co.*,
  426 F. Supp. 2d 1101 (E.D. Cal. 2006) ................................................................... 6

*Metrano v. Fox Broad. Co.*,
  No. CV 00-02279-CAS (JWJx), 2000 WL 979664 (C.D. Cal. Apr. 24, 2000) ......... 10

*Montz v. Pilgrim Films & Television, Inc.*,
  649 F.3d 975 (9th Cir. 2011) .................................................................................... 9

*Morris v. Atchity,*
   No. CV 08-5321-RSWL, 2009 WL 463971 (C.D. Cal. Jan. 13, 2009) ................................... 6, 9

*N.Y. Times Co. v. Microsoft Corp.,*
   777 F. Supp. 3d 283 (S.D.N.Y. 2025) ......................................................................... 14

*Nat'l Car Rental Sys., Inc. v. Computer Assocs. Int'l, Inc.,*
   991 F.2d 426 (8th Cir. 1993) ............................................................................................. 8

*New Parent World, LLC v. True to Life Prods., Inc.,*
   No. CV-23-08089-PCT-DGC, 2024 WL 1658161 (D. Ariz. Apr. 17, 2024) .......................... 11

*NorthBay Healthcare Grp. - Hosp. Div. v. Blue Shield of Cal. Life & Health Ins.,*
   342 F. Supp. 3d 980 (N.D. Cal. 2018) ........................................................................... 14

*OEG Inc. v. Korum,*
   No. 3:24-cv-05694-TMC, 2025 WL 353927 (W.D. Wash. Jan. 31, 2025) ............................... 9

*Perfect 10, Inc. v. Google, Inc.,*
   No. CV 04-9484 AHM (SHx), 2008 WL 4217837 (C.D. Cal. July 16, 2008) ....................... 11

*ProCD, Inc. v. Zeidenberg,*
   86 F.3d 1447 (7th Cir. 1996) ............................................................................................. 8

*Renteria-Hinojosa v. Sunsweet Growers, Inc.,*
   -- F.4th ---, 2025 WL 2351203 (9th Cir. Aug. 14, 2025) ................................................. 3

*Royal Canin U.S.A., Inc. v. Wullschleger,*
   604 U.S. 22 (2025) .......................................................................................................... 16

*Rumble, Inc. v. Daily Mail & Gen. Tr. PLC,*
   No. CV 19-08420-CJC(Ex), 2020 WL 2510652 (C.D. Cal. Feb. 12, 2020) .......................... 6

*Ryan v. Editions Ltd. West, Inc.,*
   786 F.3d 754 (9th Cir. 2015) ............................................................................................. 6

*Schrichte v. Tilleman,*
   No. CV 24-28-M-DLC-KLD, 2025 WL 1943012 (D. Mont. June 30, 2025) ..................... 9, 10

*Sony Corp. of Am. v. Universal City Studios, Inc.,*
   464 U.S. 417 (1984) .................................................................................................... 7, 10

*Sulit v. Sound Choice, Inc.,*
   No. C06-00045 MJJ, 2006 WL 8442163 (N.D. Cal. Nov. 14, 2006) ................................. 14

*Sybersound Recs., Inc. v. UAV Corp.,*
   No. CV 05-5861-JFW (FMOx), 2005 WL 8156567 (C.D. Cal. Nov. 7, 2005) ................... 4, 14

*Synopsys, Inc. v. Real Intent, Inc.*,
No. 20-cv-02819-EJD, 2025 WL 929952 (N.D. Cal. Mar. 27, 2025) .........................................7

*Taquino v. Teledyne Monarch Rubber*,
893 F.2d 1488 (5th Cir. 1990) ...............................................................................................8

*Touch Networks, Inc. v. Gogi Design, LLC*,
No. C07-1686MJP, 2007 WL 9775634 (W.D. Wash. Dec. 20, 2017) .......................................9

*United Fabrics Int'l Inc. v. J.C. Penny Corp., Inc.*,
No. CV 08-01936-MMM (PJWx), 2008 WL 11337642 (C.D. Cal. July 21, 2008) ............ 4, 6, 8

*United Mine Workers of Am. v. Gibbs*,
383 U.S. 715 (1966) ..............................................................................................................15

*Utopia Provider Sys., Inc. v. Pro-Med Clinical Sys., LLC*,
596 F.3d 1313 (11th Cir. 2010) ...............................................................................................8

*Valente-Kritzer Video v. Pinckney*,
881 F.2d 772 (9th Cir. 1989) .................................................................................................15

*Wimer v. Reach Out Worldwide, Inc.*,
No. CV 17-1917-RSWL-ASx, 2017 WL 5635461 (C.D. Cal. July 13, 2017) ..........................15

*Yu v. ByteDance Inc.*,
No. 23-cv-03503-SI, 2023 WL 5671932 (N.D. Cal. Sept. 1, 2023) ...................................passim

**Statutes**

17 U.S.C. § 106 ............................................................................................................... 4, 5

17 U.S.C. § 504(a) ................................................................................................................ 10

28 U.S.C. § 1367 .................................................................................................................. 15

**Other Authorities**

Nimmer on Copyright § 1.01 ................................................................................................. 13

Nimmer on Copyright § 1.15[G] (2023) .................................................................................. 9

## I.    INTRODUCTION

The essence of Reddit's Complaint is that Anthropic allegedly copied user-generated content from Reddit's platform without paying licensing fees to Reddit.  That is a quintessential copyright claim.  Reddit cannot bring that claim, however, because it does not actually hold any copyrights in the content at issue.  Reddit's "solution" was to sue Anthropic in state court and artfully plead its copyright-like claims in contract and tort.  But these mere labels do not and cannot change the gravamen of Reddit's suit or the proper forum for it.

This federal Court is the proper forum for Reddit's claims, because at least one claim is—and in fact, most are—completely preempted by the Copyright Act and thus, in effect, arises under federal law.  Reddit casts this type of preemption as "rare."  Not so.  Courts in this and other circuits—including this Court, in *Yu v. ByteDance Inc.*, No. 23-cv-03503-SI, 2023 WL 5671932 (N.D. Cal. Sept. 1, 2023)—have consistently found state law claims completely preempted where they do not implicate rights that are qualitatively different from those protected by the Copyright Act.  The majority of Reddit's claims fit this mold:  its claims for breach of contract, unjust enrichment, and tortious interference, as well as most of its unfair competition claim, fundamentally implicate core rights granted by copyright law, with no substantive "extra elements."  The remaining claims that are not preempted, trespass to chattels and unfair competition premised on the same, arise from the same common nucleus of operative facts, and the Court therefore can and should exercise supplemental jurisdiction.  The Court should deny Reddit's motion to remand and retain jurisdiction.

## II.    BACKGROUND

### A.    Anthropic's Transformative AI Systems

Anthropic is a public benefit corporation whose mission is to develop transformative AI that benefits humanity.  Complaint ("Compl.") ¶¶ 4, 23.[1]  In particular, Anthropic builds large language models (LLMs).  *Id.* ¶ 4.  LLMs are text-based generative AI models trained to develop

---

[1] The parties have agreed that Anthropic's deadline to respond to Reddit's Complaint is stayed until 14 days after the Court issues an order resolving this motion.  Order, ECF No. 14. Anthropic accepts the allegations of the Complaint solely for purposes of opposing Reddit's motion to remand and preserves all other challenges to the Complaint, including its failure to state a claim.

a functional understanding of how language works.  *Id*.  Once built, they can interpret and respond to a wide range of user queries like an intelligent human, allowing users to engage in general, open-ended interactions.  In so doing, LLMs demonstrate complex reasoning, problem-solving, and creativity across a broad array of tasks from software coding, to writing projects, to data analysis, and beyond.  *Id.* ¶ 4, n.1.

Anthropic's signature commercial product, Claude, is a versatile LLM.  Anthropic launched Claude in March 2023.  *Id.* ¶ 6.  Claude is "one of the most advanced AI chatbots created to date" and can interpret and respond to a wide range of user queries like an intelligent human."  *Id.* ¶ 50; *see also, e.g.*, *id.* ¶¶ 8, 56.  Claude is publicly available and free to use via the website claude.ai and mobile applications for Android and iOS.  *Id.* ¶¶ 6, 50.  Users who want to access "more queries, faster processing, and priority access during high-traffic periods" can pay for a "Pro" subscription.  *Id.*

### B.    Reddit's Business

Reddit is a social media website delivering an "online discussion platform[]" for over 100 million daily active users.  Compl. ¶ 3.  Reddit calls itself a "steward" of the "authentic conversation" that occurs on its platform, which is to say that Reddit does not own any of the "vast corpus of public content" its users create.  *Id.* ¶¶ 3–4.  Instead, Reddit's users own that content and grant Reddit a "non-exclusive license" to it.  *Id.* Ex. A § 5 (Reddit User Agreement).

Despite not owning its users' content, Reddit has begun pressing AI companies to pay Reddit to copy user-generated public content posted on Reddit.  Compl. ¶¶ 10, 55.  Certain companies, including Google and OpenAI, have agreed to pay Reddit for the right to copy Reddit content.  *Id.*  Others—including Anthropic, Microsoft, and Perplexity—have not. *Id.* ¶ 9, n.5.

### C.    Reddit's Lawsuit and Anthropic's Removal to Federal Court

On June 4, 2025,[2] Reddit sued Anthropic.  All of Reddit's causes of action stem from the same allegation: Anthropic "scraped" user posts and used that content for "commercial gain" to develop Claude without paying Reddit licensing fees.  Compl. ¶¶ 46, 61, 69–70, 73, 77, 87, 93. Reddit defines "scraping" as using automated means to collect content from a website by

---

[2] Reddit erroneously states that it filed suit on January 25, 2019.  Mot. at 6.

"copying" and "downloading the copy" for further use.  *See id.* ¶ 39.  According to Reddit, this violates Sections 3 and 7 of the Reddit User Agreement, which together purportedly prohibit scraping (i.e., copying) content posted by Reddit users, and using that copied content for commercial gain.  *Id.* ¶¶ 27–28, 30, 69–70.

Reddit packages its allegations into five state law causes of action:  1) breach of contract; 2) unjust enrichment; 3) trespass to chattels; 4) tortious interference with contract; and 5) unfair competition under California's Business and Professional Code Section 17200.  *Id.* ¶¶ 64–96.  Reddit seeks compensation for the alleged benefit Anthropic derived from its use of content posted on Reddit.  *Id.*  On July 3, 2025, Anthropic removed the action to the Northern District of California based on copyright preemption.  Notice of Removal, ECF No. 1.  The same day, the parties stipulated to stay the litigation pending a private mediation.  Joint Stipulation to Stay Case Pending Mediation, ECF No. 3.  On July 7, 2025, the Court stayed the case through August 15, 2025.  Order, ECF No. 10.  The parties attended mediation on August 1, 2025 (*id.*), which was productive but ultimately unsuccessful.  Joint Status Rep., ECF No. 13.

## III.    ARGUMENT

### A.    The Copyright Act Completely Preempts Reddit's State Law Claims That Do Not Qualitatively Differ from Copyright Claims

As this Court has previously concluded, the federal Copyright Act can completely preempt state law claims.  *See Yu*, 2023 WL 5671932, at *3 n.2 (collecting cases).  Complete preemption is a "doctrine of jurisdiction" that provides "[o]nce an area of state law has been completely pre-empted [by federal law], any claim purportedly based on that pre-empted state law is considered, from its inception, a federal claim, and therefore arises under federal law."  *Renteria-Hinojosa v. Sunsweet Growers, Inc.*, -- F.4th ---, 2025 WL 2351203, at *8 (9th Cir. Aug. 14, 2025) (quoting *Caterpillar Inc. v. Williams*, 482 U.S. 386, 393 (1987)).  In other words, where a claim is completely preempted, federal subject matter jurisdiction exists, the claim can properly be removed to federal court, and any motion to remand should be denied.  *Yu*, 2023 WL 5671932, at *3.

Reddit concedes that the Copyright Act can completely preempt a state law claim and

1    correctly articulates the Ninth Circuit's two-part test:  (1) "whether the subject matter of the state

2    law claim falls within the subject matter of copyright," and (2) "whether the rights asserted under

3    state law are equivalent to the rights contained in 17 U.S.C. § 106, which articulates the exclusive

4    rights of copyright holders." *Best Carpet Values, Inc. v. Google, LLC*, 90 F.4th 962, 971 (9th Cir.

5    2024) (citation omitted); *see* Mot. at 11–12.  Reddit does not dispute that the first element is met

6    in this case—that the contents of Reddit (which it complains were improperly scraped) are

7    copyrightable.  Nor could it. *See, e.g.*, *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340,

8    345 (1991) (the "requisite level of creativity is extremely low; even a slight amount will suffice"

9    to satisfy the originality requirement for protection under the Copyright Act).  The only question,

10   then, is whether the rights Reddit asserts are "equivalent to the rights" in the Copyright Act under

11   the second part of the test.

12          The well-established determinant of whether the asserted rights under state law are

13   "equivalent to the rights" in the Copyright Act is whether the claim alleges an "extra element"

14   that "changes the **nature** of the action." *Yu*, 2023 WL 5671932, at *4 (emphasis added) (quoting

15   *Grosso v. Miramax Film Corp.*, 383 F.3d 965, 968 (9th Cir. 2004)).  This is not a formalistic

16   exercise in which the presence of any "extra element" automatically saves a claim, but instead "a

17   fact-specific inquiry into the *actual* allegations underlying the claims at issue in the case, so as to

18   determine whether the 'gravamen' of the state law claim asserted is the same as the rights

19   protected by the Copyright Act." *United Fabrics Int'l Inc. v. J.C. Penny Corp., Inc.*, No. CV 08-

20   01936-MMM (PJWx), 2008 WL 11337642, at *5 (C.D. Cal. July 21, 2008) (citation omitted); *see*

21   *also Laws v. Sony Music Ent., Inc.*, 448 F.3d 1134, 1144 (9th Cir. 2006).  "To survive

22   preemption, the state cause of action must protect rights that are **qualitatively different** from the

23   rights protected by copyright." *Yu*, 2023 WL 5671932, at *4 (emphasis added) (quoting *Grosso*,

24   383 F.3d at 968).  Where, by contrast, "the gravamen of . . . state law claims . . . 'is one that is

25   infringed by the mere act of reproduction, performance, distribution or display[,]' . . . then such

26   right is preempted." *Sybersound Recs., Inc. v. UAV Corp.*, No. CV 05-5861-JFW (FMOx), 2005

27   WL 8156567, at *6 (C.D. Cal. Nov. 7, 2005) (internal citation omitted).

28          Here, there is no qualitative difference between copyright and Reddit's claims for breach

of contract, unjust enrichment, tortious interference, or the portions of its unfair competition claim premised on the same theories. Those claims are based on allegations that Anthropic copied and used posts by Reddit users without Reddit's authorization and without paying. Those claims sound in copyright, which brings this case within the exclusive jurisdiction of federal courts—despite Reddit's efforts to affix state law labels to its causes of action.

### 1.    Reddit's Breach of Contract Claim Is Preempted

A claim that someone is copying and using works without authorization, no matter the artfully pled label, is a copyright claim. Reddit's breach of contract claim fits this definition because it seeks to prohibit Anthropic's purported unauthorized copying and use of user content on Reddit. Reddit admits in its Opening Brief that its contract claim has at its "core" alleged unauthorized copying: "[T]he core of Reddit's contract claim is that Anthropic's commercial exploitation of Reddit's platform through improper use and scraping violates the Reddit User Agreement." Mot. at 15.

Reddit's Complaint confirms that its contract claim in fact sounds in copyright. Reddit asserts breach of only two sections of its User Agreement: Sections 3 and 7. Compl. ¶¶ 69–70. Taken together, these provisions prohibit "parties from scraping content from Reddit's platform"—defined as "copying" content from a website's server and "downloading the copy"—and "from using content accessed thereby [i.e., by scraping] for commercial gain." Compl. ¶¶ 39, 69–70; *see also id.* ¶¶ 27–28, 30. Put another way, the terms Reddit actually seeks to enforce are designed to vindicate rights that are functionally equivalent to those granted exclusively to copyright holders under the Copyright Act. *See* 17 U.S.C. § 106. That is a copyright claim—and it is completely preempted.

Contrary to Reddit's suggestion that breach of contract claims are somehow exempt from preemption (Mot. at 13), courts in the Ninth Circuit have ***routinely*** found preempted breach of contract claims that are fundamentally based on allegations of unauthorized copying and use of the work. For example, in *Best Carpet Values*, the Ninth Circuit affirmed that plaintiffs' implied-in-law contract claim about Google copying their websites to serve as advertisements was preempted because it was "not materially different from a claim for copyright infringement." 90

1    F.4th at 974 (citation omitted).  Similarly, in *United Fabrics International, Inc.*, the court found

2    plaintiff's claim for breach of contract was preempted, because plaintiff failed "to plead an 'extra

3    element' beyond defendants' agreement not to infringe its designs."  2008 WL 11337642, at *8.

4    Likewise, the court in *Experexchange, Inc. v. Doculex, Inc.* found that nominally contractual

5    claims alleging defendants' "unauthorized use of [plaintiff's] software in its products" were

6    preempted under the Copyright Act.  No. CV 08-03875-JCS, 2009 WL 3837275, at *24–26 &

7    n.23 (N.D. Cal. Nov. 16, 2009).[3]

8         Reddit's breach of contract claim has no extra elements that save it from preemption.

9    Reddit seeks to rely on easily distinguishable authority where the contractual terms at issue

10   imposed "extra obligations beyond those imposed by the Copyright Act."  *See Craigslist, Inc. v.*

11   *Autoposterpro, Inc.*, No. CV 08-05069 SBA, 2009 WL 890896, at *2 (N.D. Cal. Mar. 31, 2009)

12   (contractual terms included "not to post listings on behalf of third parties, post outside of a

13   designated geographic area or in more than one category, use automated posting devices, or send

14   unsolicited email advertisements"); *Craigslist Inc. v. 3Taps Inc.*, 942 F. Supp. 2d 962, 977 (N.D.

15   Cal. 2013) (terms of use "d[id] not merely prohibit copying or reusing content, but rather

16   include[d] accessing the website for inappropriate purposes, using the website to develop

17   computer programs and services that interact with Craigslist, and circumventing technological

18   measures intended to restrict access to the website"); *MDY Indus., LLC v. Blizzard Ent., Inc.*, 629

19   F.3d 928, 936, 957–58 (9th Cir. 2010) (no preemption of a tortious interference claim because the

20   terms of service at issue covered more than just copyright-like rights—including defendant's

21   marketing of automated bot software designed to play early levels of plaintiff's World of

22   Warcraft videogame for purchasers of the software).[4]  Here, however, Reddit's arguments for an

23   ───────────────

[3] *See also, e.g.*, *Rumble, Inc. v. Daily Mail & Gen. Tr. PLC*, No. CV 19-08420-CJC(Ex), 2020
24   WL 2510652, at *3 (C.D. Cal. Feb. 12, 2020); *ISE Ent. Corp. v. Longarzo*, No. CV 17-9132-
     MWF(JCx), 2018 WL 1569803, at *9 (C.D. Cal. Feb. 2, 2018); *Jacobsen v. Katzer*, 609 F. Supp.
25   2d 925, 933 (N.D. Cal. 2009); *Morris v. Atchity*, No. CV 08-5321-RSWL, 2009 WL 463971, at
     *8 (C.D. Cal. Jan. 13, 2009).

26   [4] *See also Ryan v. Editions Ltd. West, Inc.*, 786 F.3d 754, 761 (9th Cir. 2015) (addressing "right to
27   enforce a contractual fee-shifting provision against [a] contracting partner," which had "little, if
     anything, to do with the exclusive rights or subject matter of copyright"); *Meridian Project Sys.,*
28   *Inc. v. Hardin Constr. Co.*, 426 F. Supp. 2d 1101, 1109 (E.D. Cal. 2006) (prohibition on reverse

1    extra element are all unavailing.

2         *First*, Reddit draws a distinction with no difference by focusing on allegations about

3    Anthropic's purported "commercial exploitation" of user content.  Mot. at 13.  That is not an

4    extra element—"every commercial use of copyrighted material is presumptively an unfair

5    exploitation of the monopoly privilege that belongs to the owner of the copyright."  *Sony Corp. of*

6    *Am. v. Universal City Studios, Inc.*, 464 U.S. 417, 451 (1984).  Recognizing this fact, courts have

7    expressly held that commercial use does not add anything of substance to the rights protected by

8    the Copyright Act.  *See, e.g.*, *Best Carpet Values*, 90 F.4th at 973–74 (Google's commercial

9    exploitation of plaintiff's copyrighted material "maps neatly onto the damage requirement for any

10   successful copyright claim"); *Laws*, 448 F.3d at 1145 (right to publicity claim preempted because

11   "[t]he additional element of 'commercial purpose' does not change the underlying nature of the

12   action"); *Kinsley v. Udemy, Inc.*, No. 19-CV-04334-JSC, 2021 WL 1222489, at *7 (N.D. Cal.

13   Mar. 31, 2021) ("additional allegations that [defendant] 'refus[ed] to remit revenues' earned from

14   the infringing content do not make this claim 'qualitatively different' from" copyright ), *aff'd*, No.

15   21-15787, 2022 WL 10966073 (9th Cir. Oct. 19, 2022).  Thus, at its core, Reddit's breach of

16   contract claim is nothing more than an allegation that Anthropic copied and used content posted

17   on Reddit without permission.

18        *Second*, Reddit misses the point when it asserts that its User Agreement includes terms

19   and conditions "that have nothing to do with rights similar to those protected by copyrights."

20   Mot. at 14.  Preemption law does not ask whether the entire User Agreement addresses only

21   copyright-like rights.  Preemption law looks at Reddit's claims in this case.  *See Synopsys, Inc. v.*

22   *Real Intent, Inc.*, No. 20-cv-02819-EJD, 2025 WL 929952, *6 (N.D. Cal. Mar. 27, 2025)

23   (endorsing preemption analysis that considers "the right implicated in each of the . . . license

24   agreement's individual provisions rather than the agreement as a whole.").  Reddit's allegations

25   of breach are based on Sections 3 and 7 of the User Agreement only and accuse Anthropic of

26

27   _____
     engineering the licensed software was "not within the scope of the exclusive rights of
     copyright"); *cf. Yu*, 2023 WL 5671932 at * 6 (no preemption of unfair competition claim

28   premised not only on allegations of scraping and reproduction but also on using that data as part
     of a fraudulent scheme to produce "inflated engagement metric data" to investors and lenders).

copying content from Reddit's platform without authorization (*id*. ¶ 69), and using this content for commercial purposes (*id*. ¶ 70).  Reddit cannot brush away the terms of its own agreement as "incidental" (Mot. at 14) where those terms are the ones allegedly being breached, and its breach allegations are not qualitatively different from allegations of copyright violation.

*Third*, Reddit errs in arguing that its breach-of-contract claim should not be preempted because copyrights "are exclusive right[s] against the world," and Reddit is only seeking to enforce rights against Anthropic.  Mot. at 15.  Reddit's theory would automatically take any breach-of-contract claim outside the scope of preemption.  That is not the law.  Indeed, even the out-of-Circuit decisions Reddit cites refuse to adopt Reddit's brightline rule that breach of contract claims can never be preempted.  *See, e.g.*, *Bowers v. Baystate Techs., Inc.*, 320 F.3d 1317, 1323–24 (Fed. Cir. 2003) (applying First Circuit law and explaining that "federal regulation may preempt private contract" and "claims might be preempted [where] those extra elements are illusory" (citation omitted)).[5]  Instead, the "fact-specific inquiry into the actual allegations" underlying Reddit's claim for breach of contract shows that the "gravamen" of the claim is the "same as the rights protected by the Copyright Act."  *United Fabrics Int'l, Inc.* 2008 WL 11337642, at *5 (emphasis omitted).

In sum, Reddit's claim for breach of contract is nothing more than an artfully pled claim for violation of a copyright-like right and so is completely preempted by the Copyright Act.

## 2.    Reddit's Unjust Enrichment Claim Is Preempted

Reddit's unjust enrichment claim is also preempted.  Reddit's claim is based on its allegation that "Anthropic scraped and used Reddit content to train and power a model that has enriched Anthropic to the tune of billions of dollars."  Compl. ¶ 73.  This amounts to nothing

---

[5] *See also Utopia Provider Sys., Inc. v. Pro-Med Clinical Sys., LLC*, 596 F.3d 1313, 1326–27 (11th Cir. 2010) (holding that proving "a valid license agreement" "constitutes an 'extra element'" for preemption analysis purposes and distinguishing "two-party contracts" from other contracts that may be preempted); *ProCD, Inc. v. Zeidenberg*, 86 F.3d 1447, 1455 (7th Cir. 1996) ("Like the Supreme Court in *Wolens*, we think it prudent to refrain from adopting a rule that anything with the label 'contract' is necessarily outside the preemption clause:  the variations and possibilities are too numerous to foresee."); *Nat'l Car Rental Sys., Inc. v. Computer Assocs. Int'l, Inc.*, 991 F.2d 426, 432 (8th Cir. 1993) ("a breach of contract claim alleging nothing more than an act of infringement is preempted"); *Taquino v. Teledyne Monarch Rubber*, 893 F.2d 1488, 1501 (5th Cir. 1990) (contrasting the "action for breach of contract involv[ing] an element in addition to mere reproduction, distribution or display" with claims that were preempted).

1    more than a claim that Anthropic copied Reddit content without authorization and used it

2    commercially.  The Copyright Act exclusively covers these types of rights and, therefore,

3    Reddit's unjust enrichment claim is completely preempted and subject to removal.

4         "The Ninth Circuit recognizes that state law claims for unjust enrichment are generally

5    preempted by the Copyright Act." *Schrichte v. Tilleman*, No. CV 24-28-M-DLC-KLD, 2025 WL

6    1943012, at *5 (D. Mont. June 30, 2025) (citing *Best Carpet Values*, 90 F.4th at 972, and *Montz*

7    *v. Pilgrim Films & Television, Inc.*, 649 F.3d 975, 976–77 (9th Cir. 2011)).  This includes unjust

8    enrichment claims based specifically on alleged authorized use of copyrightable material to train

9    AI models.  *See Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417-VC, 2023 WL 8039640, at *2

10   (N.D. Cal. Nov. 20, 2023); *Andersen v. Stability AI Ltd.*, 744 F. Supp. 3d 956, 972 (N.D. Cal.

11   2024).[6]  And the principle applies more broadly as well.  Courts regularly find unjust enrichment

12   claims premised on the alleged unauthorized use of copyrighted materials to obtain a benefit to be

13   preempted.  *See, e.g.*, *Daniher v. Pixar Animation Studios*, No. 22-cv-00372-BLF, 2022 WL

14   1470480, at *4–5 (N.D. Cal. May 10, 2022) (finding preemption and collecting cases); *see also*

15   Nimmer on Copyright § 1.15[G] (2023) (a "state law cause of action for unjust enrichment or

16   *quasi* contract should be regarded as an 'equivalent right' and, hence, preempted insofar as it

17   applies to copyright subject matter").

18        Indeed, the Ninth Circuit has already foreclosed Reddit's contention (Mot. at 16–17) that

19   commercial benefits from using content, without more, provide an extra element that saves its

---

[6] Both *Kadrey* and *Andersen* involved plaintiffs that were the owners of the copyrighted works at issue, while Reddit does not own the user content at the heart of its unjust enrichment claim.  But this distinction does not help Reddit avoid preemption, because the **rights** it seeks to exploit through its unjust enrichment claim are covered by the Copyright Act.  Therefore, they are preempted even though Reddit would not have standing to pursue a copyright claim of its own.  *See OEG Inc. v. Korum*, No. 3:24-cv-05694-TMC, 2025 WL 353927, at *10 (W.D. Wash. Jan. 31, 2025) (holding that lack of copyright does not bear on preemption) (quoting *Firoozye v. Earthlink Network*, 153 F. Supp. 2d 1115, 1124 (N.D. Cal. 2001) ("WebStash need not necessarily have to be actually protected by a specific copyright or even itself be copyrightable; it just has to be 'within the subject matter' of the Act.") and quoting *Touch Networks, Inc. v. Gogi Design, LLC*, No. C07-1686MJP, 2007 WL 9775634, at *3 (W.D. Wash. Dec. 20, 2017) ("When determining whether a claim meets the preemption requirements, the work at issue need not be protected by a copyright, it merely has to be 'within the subject matter' of the Copyright Act." (citation omitted)); *see also Laws*, 448 F.3d at 1136 (finding claims preempted where third party held copyright to recordings at issue); *Morris*, 2009 WL 463971, at *8 (finding breach of contract claim preempted after determining that plaintiff did not hold copyright to the work central to the claim).

unjust enrichment claim from preemption. In *Best Carpet Values*, plaintiffs alleged that Google was unjustly enriched by its copying and subsequent use of plaintiffs' website, because Google "occupied valuable space on the websites of class members that Google should have paid for because it obtained all the benefits of advertising from use of that space." 90 F.4th at 966–67 (internal quotation marks and alterations omitted). The court, however, held that plaintiffs' unjust enrichment claim was completely preempted as not "materially different from a claim for copyright infringement." *Id*. at 974 (citation omitted). In doing so, the court expressly rejected plaintiffs' argument that the financial benefits Google derived provided the requisite "extra element" to avoid preemption, because financial benefits "map[] neatly onto the damages requirement for any successful copyright claim." *Id.* at 973–74 (citing 17 U.S.C. § 504(a)(1)); *see also Metrano v. Fox Broad. Co.*, No. CV 00-02279-CAS (JWJx), 2000 WL 979664, at *6 (C.D. Cal. Apr. 24, 2000) (holding that plaintiff's breach-of-implied-contract claim was preempted, because "a promise not to benefit from a copyrightable work is insufficient to constitute an extra element which would distinguish the claim from on one entitled to copyright protection"); *Sony Corp.of Am.*, 464 U.S. at 451 ("[E]very commercial use of copyrighted material is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the copyright.").

Reddit fares no better when it asserts that there can be no preemption of an unjust enrichment claim "premised on an allegation that the defendant benefited from the works by violating the parties' contract." Mot. at 16. This mischaracterizes Reddit's claim as pled, which is not predicated on any breach of contract. Compl. ¶¶ 73–74. Unlike the cases on which it seeks to rely, Reddit does not identify any contractual terms, such as a promise to pay, as the basis for its unjust enrichment claim. *Cf. Grosso*, 383 F.3d at 968; *Cadkin v. Loose*, No. SACV 08-1580 JVS (SHx), 2008 WL 11336390, at *3 (C.D. Cal. Apr. 24, 2008); *Schrichte*, 2025 WL 1943012 at *5–6 (all holding that a promise to pay constituted an extra element of the unjust enrichment claims at issue). Quite the opposite, in fact: Reddit's lawsuit against Anthropic is predicated in large part on Reddit's disappointment with Anthropic's decision ***not*** to agree to pay Reddit for public Reddit user content, or to enter into a licensing agreement with Reddit requiring use of a

Compliance API.  Compl. ¶¶ 56, 71, 87; *see also Firoozye*, 153 F. Supp. 2d at 1128 (finding the "plaintiff's unjust enrichment claim, which at its core alleges that the defendants unfairly benefitted from their unauthorized use of [software]," preempted based on the lack of any extra element).

The fact that Reddit's unjust enrichment claim is "pled in the alternative" to breach of contract does not matter.  *See* Mot. at 17.  Reddit's cases do not stand for the proposition that pleading in the alternative is some sort of talisman that wards off preemption.  Rather, those authorities found that the specific unjust enrichment claims before them were not preempted, because they were pled in the alternative to non-preempted claims.  *See New Parent World, LLC v. True to Life Prods.*, *Inc.*, No. CV-23-08089-PCT-DGC, 2024 WL 1658161, at *2 & n.2 (D. Ariz. Apr. 17, 2024) (amendment of unjust enrichment claim would not be futile where defendant did not contend that plaintiff's breach of contract claim was preempted); *Perfect 10, Inc. v. Google*, *Inc.*, No. CV 04-9484 AHM (SHx), 2008 WL 4217837, at *9 (C.D. Cal. July 16, 2008) (because unjust enrichment claim was based at least in part on non-preempted theories, such as the right of publicity or trademark, it was "not necessarily preempted by the Copyright Act" and amendment would not be futile).  But here, even if Reddit's "pled in the alternative" label sufficiently invoked contract, its breach of contract claim is preempted too.

In sum, despite the various labels and extra elements Reddit tries to affix to its unjust enrichment claim, at its core, Reddit's claim is that Anthropic copied user content from Reddit without authorization and benefited from it.  This is a right expressly covered by the Copyright Act and therefore, Reddit's unjust enrichment claim is completely preempted.

### 3.    Reddit's Tortious Interference Claim Is Preempted

Reddit's tortious interference claim is likewise completely preempted because it too is based on Anthropic's alleged unauthorized copying, i.e., "scraping," of Reddit users' content, and lacks any qualitatively different extra element required to escape preemption and removal.  *Del Madera Props. v. Rhodes & Gardner, Inc.*, 820 F.2d 973, 977 (9th Cir. 1987).  Reddit attempts to manufacture an "extra element" by claiming that Anthropic's conduct "diminish[es] Reddit's ability to fulfill its contractual obligations to its users regarding their privacy."  Mot. at 18.  But

1    Reddit cannot identify a single specific contractual duty it owes to its users that Anthropic

2    allegedly interfered with and so it cannot show that there exists an extra element that alters the

3    fundamental nature of its claim.

4    　　　None of the contracts Reddit identifies—Reddit's User Agreement, Reddit's Privacy

5    Policy, and Reddit's Public Content Policy (Compl. ¶¶ 33–36, 40–41, 55, 84–86, Ex. A)—contain

6    enforceable user rights that would support an interference claim.  Reddit's vague assertion that it

7    "aims to protect Reddit's users' privacy rights" (Mot. at 18) is not enough, particularly when

8    Reddit's actual contract grants it sweeping rights to users' content.  Compl. Ex. A, § 5 (giving

9    Reddit "a worldwide, royalty-free, perpetual, irrevocable, non-exclusive, transferable, and

10   sublicensable license to use, copy, modify, adapt, prepare derivative works of, distribute, store,

11   perform, and display" user content).  Reddit provides no contractual mechanism by which users

12   could compel Reddit to enforce content deletion requests against third parties, nor does Reddit

13   promise that such enforcement will occur.  *See generally* Reddit User Agreement, Compl. Ex. A;

14   Compl. ¶ 87.  Indeed, by retaining a "perpetual, irrevocable" license to "display" user content,

15   Reddit's User Agreement suggests to its users that Reddit can retain and display their content

16   forever.  And Reddit's allegation that Anthropic "bypass[ed] connecting" to Reddit's Compliance

17   API merely reiterates Reddit's disappointment that Anthropic did not enter into a licensing

18   agreement requiring the use of the Compliance API; it does not identify any contractual right that

19   was violated.  Compl. ¶ 87.

20   　　　As such, Reddit's claim is nothing like those in the *Altera* and *MDY Industries* cases on

21   which it seeks to rely.  *See* Mot. at 18–19.  In *Altera Corp. v. Clear Logic, Inc.*, the defendant's

22   business model required its customers to violate a provision of the plaintiff's software license

23   agreement containing an explicit prohibition against using the software for any purpose other than

24   programming the plaintiff's own chips.  424 F.3d 1079, 1082, 1089 (9th Cir. 2005).  In *MDY*

25   *Industries, LLC v. Blizzard Entertainment, Inc.*, the rightsholder's license agreement prohibited

26   users from using bots to automatically play a videogame, and the defendant (a third-party bot

27   seller) allegedly interfered with that specific contractual restriction.  629 F.3d at 941, 957.  In

28   other words, both cases involved "specific provisions of th[e] agreements that created rights" that

1    were "qualitatively different" from copyright because they restricted use of copyrighted works in

2    defined circumstances beyond mere reproduction. *Media.net Advert. FZ-LLC v. NetSeer, Inc.*,

3    156 F. Supp. 3d 1051, 1071–72 (N.D. Cal. 2016). In this case, by contrast, Reddit's entire

4    interference theory rests on the unauthorized copying of user content—conduct that falls squarely

5    within copyright's exclusive reproduction right.

6         The "intent element" of Reddit's interference claim does not suffice to defeat preemption

7    either. *Cf.* Mot. at 19. The court addressed that very issue in the *Media.net Advertising FZ-LLC*

8    *v. NetSeer, Inc.* case. "The fact that [tortious interference], unlike copyright infringement,

9    requires awareness of the conflicting contract and an intentional interference with it merely means

10   that the state-created right is narrower than its copyright counterpart, not that it is qualitatively

11   different so as to preclude [Copyright Act] pre-emption." *Media.net Advert. FZ-LLC*, 156 F.

12   Supp. 3d at 1071 (quoting 1 Nimmer on Copyright § 1.01).

13           **4.     Most of Reddit's UCL Claim Is Preempted**

14        Nearly all of Reddit's UCL claim is premised on Anthropic's alleged copying and use of

15   Reddit users' content and is therefore completely preempted by federal copyright law. Reddit

16   argues that it has "alleged UCL violations under each prong—unlawfulness, unfairness, and

17   fraud" (Mot. at 19), but none of these allegations qualitatively differ from a copyright claim.

18        <u>Allegedly Unlawful Conduct.</u> Under the "unlawful" prong, Reddit relies on tortious

19   interference and trespass to chattels. Anthropic agrees that Reddit's trespass to chattels claim is

20   not preempted. *See* Notice of Removal, ECF No. 1 ¶¶ 7, 8 (describing four of Reddit's causes of

21   action as preempted). Reddit's tortious interference claim is another story. There is no wrongful

22   conduct alleged in that claim other than Anthropic's copying and use of Reddit users' content,

23   and it is therefore preempted. *See supra* Section III.B.3. So too, therefore, is the portion of

24   Reddit's unfair competition claim that relies on tortious interference. *Cf. Jonathan Browning,*

25   *Inc. v. Venetian Casino Resort, LLC*, No. C 07-3983 JSW, 2007 WL 4532214, at *10 (N.D. Cal.

26   Dec. 19, 2007) (cited Mot. at 20) (no preemption of tortious-interference claim where defendant-

27   buyer "used deceptive and unfair means to learn the identity of [the manufacturer], and then

28   approached the [manufacturer] directly," because "the loss of [a third-party manufacturer's]

1    professional services" is "not an exclusive right granted in copyright law.").

2        <u>Allegedly Unfair Conduct.</u>[7]  Although Reddit lumps together its unfair and unlawful

3    allegations, the only conduct at issue that is not alleged tortious interference or trespass to chattels

4    is "taking possession of Reddit content and data without authority or permission."  Compl. ¶ 93;

5    Mot. at 20.  "Taking possession " is another way to say "copying."  Once again, nothing in

6    Reddit's Complaint renders this claim qualitatively different from a copyright claim.  Thus, as in

7    *Yu*, Reddit's UCL claim under the "unfair" prong is completely preempted because it is

8    "premised on allegations that [Anthropic] scraped social media content" and subsequently used

9    that content without Reddit's "consent."  2023 WL 5671932, at *6 (internal quotation marks and

10   citation omitted); *see also Sulit v. Sound Choice, Inc.*, No. C06-00045 MJJ, 2006 WL 8442163, at

11   *8 (N.D. Cal. Nov. 14, 2006) (UCL claim preempted by Copyright Act because the "essence of"

12   claim was "alleged unauthorized use of . . . copyrighted work"); *accord N.Y. Times Co. v.

13   Microsoft Corp.*, 777 F. Supp. 3d 283, 319, 322 (S.D.N.Y. 2025) (Copyright Act preempted New

14   York unfair-competition claim based on allegations that "defendants engage in unfair competition

15   by using plaintiffs' works, without authorization by plaintiffs, to train their LLMs" (citation

16   omitted)).

17       <u>Allegedly Fraudulent Conduct.</u>  Reddit asserts that its claim under the "fraud" prong has

18   an extra element—but it fails to plead anything that alters the nature of the claim beyond one

19   sounding in copyright.  Reddit points to its allegation that Anthropic "falsely stat[ed] that it was

20   no longer scraping the Reddit platform, even as Anthropic continued to scrape to acquire and use

21   Reddit content to train its AI models for commercial gain."  Mot. at 20 (citation omitted).  That is

22   legally insufficient.  Where an alleged "misrepresentation" is simply a "failure to disclose"

23   alleged infringement, it is not an "extra element."  *Sybersound Recs., Inc.*, 2005 WL 8156567, at

24   *6 (finding fraud claim based on failure to disclose infringement was "merely copyright

---

[7] Reddit is not a consumer and its failure to allege any "legislatively declared policy" to which its unfairness claim is "tethered" renders it a nonstarter.  *NorthBay Healthcare Grp. - Hosp. Div. v. Blue Shield of Cal. Life & Health Ins.*, 342 F. Supp. 3d 980, 988 (N.D. Cal. 2018) (quoting *Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.*, 20 Cal. 4th 163, 186 (1999)).

1  infringement claim[] dressed up to look like state law claim[]").[8]  Instead, as Reddit's own

2  authority confirms,[9] a true extra element requires allegations about reliance on or harm arising

3  from the alleged false statement rather than the copying.  Reddit pleads no such harm.  The only

4  harm it alleges stems from Anthropic's allegedly unauthorized copying and use of Reddit users'

5  content.  Compl. ¶ 93,  This does not defeat preemption.

**B.    The Court Should Exercise Supplemental Jurisdiction Over Reddit's Remaining Claims**

7  Because there is federal question jurisdiction over the majority of Reddit's claims,

8  removal of the case (and those claims) was proper.  For the remaining claims (i.e., trespass to

9  chattels and unfair competition based on the same theory), the Court can and should exercise

10  supplemental jurisdiction.  *See* 28 U.S.C. § 1367(a).  Supplemental jurisdiction is available and

11  appropriate where the non-preempted claims share a "common nucleus of operative fact."  *See*

12  *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 725 (1966); *Arizona v. Cook Paint &*

13  *Varnish Co.*, 541 F.2d 226, 227 (9th Cir. 1976).  Here, there can be no serious disagreement that

14  all Reddit's claims—including trespass to chattels and unfair competition—are rooted in the same

15  alleged unauthorized copying of Reddit user content.

16  Although Reddit invites the Court to exercise its discretion to decline supplemental

17  jurisdiction (Mot. at 21), all of the *Gibbs* factors that inform that decision—"economy,

18  convenience, fairness, and comity"—favor exercising jurisdiction.  *See Acri v. Varian Assocs.,*

19  *Inc.*, 114 F.3d 999, 1001 (9th Cir. 1997), *as amended* (Oct. 1, 1997) (citing *Gibbs*, 383 U.S. at

20  726).  It would best serve judicial economy, convenience, and fairness for the district court to

22  [8] *See also McCormick v. Sony Pictures Ent.*, No. CV 07-05697-MMM (PLAx), 2008 WL
11336160, at *10 (C.D. Cal. Nov. 17, 2008); *Idema v. Dreamworks, Inc.*, 162 F. Supp. 2d 1129,
23  1191–92 (C.D. Cal. 2001); *Giddings v. Vision House Prod., Inc.*, No. CV 05-2963-PHX-MHM,
2007 WL 2274800, at *3 (D. Ariz. Aug. 7, 2007).

24  [9] *Wimer v. Reach Out Worldwide, Inc.*, No. CV 17-1917-RSWL-ASx, 2017 WL 5635461, at *5
25  (C.D. Cal. July 13, 2017) (finding plaintiff's fraud claim not preempted because he alleged
reliance on a promise of compensation for use of his works that defendant then stole from storage
26  devices); *Valente-Kritzer Video v. Pinckney*, 881 F.2d 772, 774, 776 (9th Cir. 1989) (defendant
"intentionally misrepresented its intent to perform the contract" with plaintiff and instead
27  contracted with third party directly); *Yu*, 2023 WL 5671932, at *1, 6 (whistleblower alleged that
defendant acted fraudulently under UCL by posting misappropriated videos from competitor sites
28  on "its own video services" to "inflate[] engagement metric data [that] was provided to investors
and lenders")

retain jurisdiction over the entirety of Reddit's Complaint given that all of Reddit's claims arise from a common nucleus of operative fact. And Reddit's claims raise no novel or complex questions of state law that implicate issues of comity and make supplemental jurisdiction less appropriate. *Cf. Yu*, 2023 WL 5671932 at *3, 7 (declining to exercise supplemental jurisdiction over "purely state law" whistleblower retaliation claims and issues related to the plaintiff's discriminatory termination).

Nothing about *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025), which Reddit cites (Mot. at 21), requires or even supports declining to exercise supplemental jurisdiction. *Royal Canin* simply clarified that a post-removal amendment of a complaint divests the district court of jurisdiction where a plaintiff alleges both federal and state law claims, but after removal decides to "delete its every mention" of the previously pled federal claim. 604 U.S. at 28–29. That is not the procedural posture here, where Reddit, as "master of the complaint," chose to assert state law claims that are completely preempted by federal copyright law. This Court may and should exercise supplemental jurisdiction because "at least one" of Reddit's state law claims is completely preempted, and all claims are directed to the same nucleus of operative fact. *Daniher*, 2022 WL 1470480, at *1, 5.

## IV.    CONCLUSION

Because federal copyright law completely preempts at least one of (and indeed the majority of) Reddit's claims, this Court has federal question jurisdiction, removal was proper, and Reddit's Motion to Remand should be denied.

Dated: September 16, 2025                    MORRISON & FOERSTER LLP


                                             By: */s/ Ragesh K. Tangri*
                                                 Ragesh K. Tangri

                                             *Attorneys for Defendant*
                                             ANTHROPIC PBC