UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REDDIT, INC.,

        Plaintiff,

   v.

ANTHROPIC PBC,

        Defendant.

Case No. 25-cv-05643-SI

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

Pursuant to Northern District Civil Local Rule 3-15, plaintiff Reddit, Inc. is directed to immediately file a Certification of Conflicts and Interested Entities or Persons. Defendant Anthropic, Inc. shall refile their Certification at Dkt. No. 2 so that the disclosed entities are properly entered into ECF for purposes of conflicts checks. If Anthropic is unsure how to properly refile the certification, they may contact the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or (866) 638-7829.

**IT IS SO ORDERED.**

Dated: October 1, 2025

_____
SUSAN ILLSTON
United States District Judge