1  RAGESH K. TANGRI (CA SBN 159477)
   RTangri@mofo.com
2  ADAM BRAUSA (CA SBN 298754)
   ABrausa@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street,
4  San Francisco, California 94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  WHITNEY R. O'BYRNE (CA SBN 325698)
   WOByrne@mofo.com
7  LAURA LIVELY BABASHOFF (CA SBN 323922)
   LLively@mofo.com
8  KATHERINE E. MCNUTT (CA SBN 320128)
   KMcNutt@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
10 Los Angeles, California 90017-3543
   Telephone:  213.892.5200
11 Facsimile:  213.892.5454

12 Attorneys for Defendant
   ANTHROPIC PBC

13
   *Counsel continued on subsequent page*
14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 REDDIT, INC.,                          Case No. 3:25-cv-05643

20         Plaintiff,

21    v.                                  **ANTHROPIC PBC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**
22 ANTHROPIC PBC,

23         Defendant.

1  QUINN V. WALKER (CA SBN 336266)
   QWalker@mofo.com
2  MORRISON & FOERSTER LLP
   100 L Street, NW Suite 900
3  Washington, DC 20037, USA
   Telephone:    202.887.1500
4  Facsimile:    202.887.0763

5  GRACE YANG (CA SBN 286635)
   gyang@conmetkane.com
6  LIZ KIM (CA SBN 295277)
   lkim@conmetkane.com
7  CONRAD METLITZKY KANE LLP
   217 Leidesdorff Street
8  San Francisco, CA 94111
   Telephone: 415.469.1715
9
   Attorneys for Defendant
10 ANTHROPIC PBC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANTHROPIC PBC'S DISCLOSURE    2
STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that, apart from the named party, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC, which is a wholly owned subsidiary of Alphabet, Inc.,
2. Amazon Web Services, Inc., which is a wholly owned subsidiary of Amazon.com, Inc.

A judge has not yet been assigned to this matter.

Dated: July 3, 2025

MORRISON & FOERSTER LLP

By: */s/ Ragesh K. Tangri*
    Ragesh K. Tangri

*Attorneys for Defendant*
ANTHROPIC PBC

ANTHROPIC PBC'S DISCLOSURE STATEMENT          3