QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Corey Worcester (Admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (Admitted *pro hac vice*)
stefanberthelsen@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000
Facsimile:     (212) 849 -7100

*Attorneys for Plaintiff Reddit, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>         Defendant. | Case No. 3:25-cv-5643-TLT<br><br>**PLAINTIFF'S RE-NOTICE OF MOTION TO REMAND IMPROPERLY REMOVED ACTION TO STATE COURT**<br><br>Hearing:     January 27, 2026<br>Time:        2:00 p.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:       Hon. Trina L. Thompson |

**RE-NOTICE OF MOTION**

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on January 27, 2026 at 2:00 p.m., or as soon thereafter as the matter may be heard by the Court, before the Honorable Trina L. Thompson, United States District Judge, at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Courtroom 9, 19th Floor, Plaintiff Reddit, Inc. by and through its attorneys of record, will and do hereby move, pursuant to 28 U.S.C. sections 1331, 1332, and 1447(c), to remand this action to the San Francisco County Superior Court and award Reddit costs and fees, in an amount subject to proof.

This motion is based on this Re-Notice of Motion, the Motion and accompanying Memorandum of Points and Authorities (ECF No. 19), all pleadings and papers on file with the Court, including Anthropic's response in opposition (ECF No. 24) and Reddit's reply in support (ECF No. 27), any oral argument of counsel at the hearing, and any additional matters submitted at the hearing.

DATED:  October 2, 2025

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By  /s/ Corey Worcester
Corey Worcester
Attorney for Plaintiff Reddit, Inc.

RE-NOTICE OF MOTION TO REMAND