RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:    213.892.5454

*Counsel continued on subsequent page*

Attorneys for Defendant
ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:25-cv-05643-TLT <br><br> **JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES & [PROPOSED] ORDER** <br><br> [San Francisco County Superior Court Case No. CGC-25-625892] |

JOINT STIPULATION & [PROPOSED] ORDER
CASE NO. 3:25-CV-05643-TLT

| | |
|---|---|
| 1 | QUINN V. WALKER (CA SBN 336266) |
| | QWalker@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 100 L Street, NW Suite 900 |
| 3 | Washington, DC 20037 |
| | Telephone:     202.887.1500 |
| 4 | Facsimile:     202.887.0763 |
| 5 | GRACE YANG (CA SBN 286635) |
| | gyang@conmetkane.com |
| 6 | CONRAD METLITZKY KANE LLP |
| | 217 Leidesdorff Street |
| 7 | San Francisco, CA 94111 |
| | Telephone: 415.469.1715 |
| 8 | |
| | Attorneys for Defendant |
| 9 | ANTHROPIC PBC |
| 10 | |
| 11 | QUINN EMANUEL URQUHART |
| |   & SULLIVAN, LLP |
| 12 | |
| | John B. Quinn (Bar No. 090378) |
| 13 | johnquinn@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 14 | Los Angeles, CA  90017 |
| | Telephone:  (213) 443-3000 |
| 15 | Facsimile:  (213) 443-3100 |
| 16 | |
| | Morgan W. Tovey (Bar No. 136242) |
| 17 | morgantovey@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 18 | San Francisco, CA  94111 |
| | Telephone:  (415) 875-6600 |
| 19 | Facsimile:  (415) 875-6700 |
| 20 | |
| | Corey Worcester (Admitted *pro hac vice*) |
| 21 | coreyworcester@quinnemanuel.com |
| | Stefan Berthelsen (Admitted *pro hac vice*) |
| 22 | stefanberthelsen@quinnemanuel.com |
| | 295 Fifth Ave. |
| 23 | New York, New York  10016 |
| | Telephone:  (212) 849-7000 |
| 24 | Facsimile:  (212) 849-7100 |
| 25 | |
| | Attorneys for Plaintiff |
| 26 | REDDIT, INC. |
| 27 | |
| 28 | |

JOINT STIPULATION & [PROPOSED] ORDER
CASE NO. 3:25-CV-05643-TLT

1  Plaintiff Reddit, Inc. and Defendant Anthropic PBC (collectively, "the Parties") hereby stipulate and agree, by and through their respective counsel, as follows:

WHEREAS Reddit, Inc. filed suit against Anthropic PBC in the Superior Court of the State of California, San Francisco County, in *Reddit, Inc. v. Anthropic PBC*, Case No. CGC-25-625892, on June 4, 2025;

WHEREAS Anthropic removed this matter to the United District Court for the Northern District of California on July 3, 2025;

WHEREAS pursuant to the Parties' stipulation and Court order entered on July 7, 2025 (ECF No. 10), the case was stayed through and including August 15, 2025 so that the Parties could pursue resolution of the case at mediation;

WHEREAS the Parties' scheduled mediation occurred on August 1, 2025, and although productive, was ultimately unsuccessful;

WHEREAS pursuant to the Parties' stipulation and the Court order entered on August 14, 2025 (ECF No. 14), Reddit filed its motion to remand on August 29, 2025;

WHEREAS pursuant to the Parties' agreement, Reddit noticed its motion to remand for a hearing on October 10, 2025 at 10:00 a.m. (ECF No. 19);

WHEREAS pursuant to the Parties' stipulation and the Court order entered on September 15, 2025 (ECF No. 23), an Initial Case Management Conference was continued from October 10, 2025 to November 14, 2025 so that the Court could rule on Reddit's motion to remand before setting a case schedule;

WHEREAS pursuant to the Court order entered on October 1, 2025 (ECF No. 29), this case was reassigned to the Honorable Judge Trina L. Thompson, and all hearing and trial dates were vacated;

WHEREAS pursuant to the Court order entered on October 1, 2025 (ECF No. 29), an Initial Case Management Conference is set to occur on December 18, 2025;

WHEREAS on October 2, 2025, Reddit re-noticed its motion to remand for the next available date, January 27, 2026 at 2:00 p.m. (ECF No. 33); and

WHEREAS the Parties have met and conferred and agree that it remains in the interest of

both Parties and judicial efficiency to continue the Initial Case Management Conference and associated deadlines until Reddit's motion to remand is decided;

NOW, THEREFORE the Parties jointly request that, for the benefit of the Parties and the Court, the Initial Case Management Conference presently set for December 18, 2025, and all associated deadlines, be taken off calendar and continued to a future date, to be determined after the Court issues an order on Reddit's motion for remand.

**IT IS SO STIPULATED.**

Dated: October 23, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:*/s/ Corey Worcester*
Corey Worcester

*Attorney for Plaintiff*
REDDIT, INC.

Dated: October 23, 2025

MORRISON & FOERSTER LLP

By: */s/ Ragesh K. Tangri*
Ragesh K. Tangri

*Attorney for Defendant*
ANTHROPIC PBC

JOINT STIPULATION & [PROPOSED] ORDER
CASE NO. 3:25-CV-05643-TLT

**IT IS SO ORDERED.**

Dated: _____, 2025

                                                                      J. THOMPSON
U.S. DISTRICT COURT JUDGE