| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100<br><br>Morgan W. Tovey (Bar No. 136242)<br>morgantovey@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>Corey Worcester (Admitted *pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>Stefan Berthelsen (Admitted *pro hac vice*)<br>stefanberthelsen@quinnemanuel.com<br>295 Fifth Avenue, 9th Floor<br>New York, New York 10016<br>Telephone:     (212) 849-7000<br>Facsimile:      (212) 849 -7100<br><br>*Attorneys for Plaintiff Reddit, Inc.* | MORRISON & FOERSTER LLP<br>Ragesh K. Tangri (CA SBN 159477)<br>RTangri@mofo.com<br>Adam Brausa (CA SBN 298754)<br>ABrausa@mofo.com<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Whitney R. O'Byrne (CA SBN 325698)<br>WOByrne@mofo.com<br>Laura Lively Babashoff (CA SBN 323922)<br>LLively@mofo.com<br>Katherine E. McNutt (CA SBN 320128)<br>KMcNutt@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br>*Counsel continued on subsequent page*<br><br>*Attorneys for Defendant Anthropic PBC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTHROPIC PBC,<br><br>           Defendant. | Case No. 3:25-cv-05643-TLT<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:           December 18, 2025<br>Time:           2:00 p.m.<br>Courtroom:   9, 19th Floor<br>Judge:          Hon. Trina L. Thompson |

MORRISON & FOERSTER LLP
Quinn V. Walker (CA SBN 336266)
QWalker@mofo.com
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

CONRAD METLITZKY KANE LLP
Grace Yang (CA SBN 286635)
gyang@conmetkane.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.469.1715

*Attorneys for Defendant Anthropic PBC*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:25-CV-05643-TLT

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rules 16-9 and 16-10, the Standing Order for All Judges of the Northern District of California, and in advance of the Initial Case Management Conference set by the Court for Thursday, December 18, 2025, at 2:00 p.m., Plaintiff Reddit, Inc. ("Plaintiff" or "Reddit") and Defendant Anthropic PBC ("Defendant" or "Anthropic"), (together, the "Parties") respectfully submit this Joint Case Management Statement.

## I.     JURISDICTION AND SERVICE

Plaintiff's statement:  As set forth in more detail in Plaintiff's motion to remand (ECF. No. 19, re-noticed at ECF No. 33), Plaintiff disputes that this Court has subject matter jurisdiction over Plaintiff's claims.  Plaintiff, a California corporate resident, originally—and properly—filed its Complaint against another California corporate resident, Defendant Anthropic, in San Francisco Superior Court alleging solely state-law causes of action.  As such, there is neither diversity nor federal question jurisdiction.  Nonetheless, Anthropic filed its removal petition on July 3, 2025, arguing that *most*, but not all, of Plaintiff's state-law claims are preempted by the Copyright Act. ECF No. 2.

Anthropic is attempting to manufacture a basis for federal jurisdiction by misconstruing both Reddit's state law causes of action and controlling law regarding when federal preemption serves a basis for removal jurisdiction (as opposed to an affirmative defense).  As Reddit's Complaint makes clear, the core allegations in this case are that Anthropic breached its contract with Reddit and through its actions interfered with Reddit's ability to perform under its agreement with its users—these are matters of California contract and tort common law, not federal copyright. Anthropic has not met, nor can it meet, its burden of demonstrating that this is one of the "rare" and "extraordinary" cases in which **complete preemption**—a basis for removal jurisdiction— applies.  *See ARCO Env't Remediation, L.L.C. v. Dep't of Health & Env't Quality of Montana* 213 F.3d 1108, (9th Cir. 2000); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 63–64 (1987). Anthropic's failure to satisfy its heavy burden of proof and rebut the "strong presumption against removal" is dispositive.  *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992).

Plaintiff's motion to remand is set to be heard before this Court on January 27, 2026.

**Defendant's statement**: The essence of Reddit's Complaint is that Anthropic allegedly copied user-generated content from Reddit's platform without paying licensing fees to Reddit. (ECF No. 24). That is a quintessential copyright claim. Reddit cannot bring that claim because it does not actually hold any copyrights in the content at issue. Instead, Reddit attempted to evade this restriction by artfully pleading its copyright-like claims in contract and tort. But these mere labels do not and cannot change the gravamen of Reddit's suit or the proper forum for it.

Courts in this circuit have consistently found state law claims completely preempted where they do not implicate rights that are qualitatively different from those protected by the Copyright Act. *See, e.g.*, *Best Carpet Values, Inc. v. Google, LLC*, 90 F.4th 962, 972-74 (9th Cir. 2024); *Andersen v. Stability AI Ltd.*, 744 F. Supp. 3d 956, 972, 984-85 (N.D. Cal. 2024); *Yu v. ByteDance Inc.*, No. 23-cv-03503-SI, 2023 WL 5671932, at *6-7 (N.D. Cal. Sept. 1, 2023); *United Fabrics Int'l Inc. v. J.C. Penny Corp., Inc.*, No. CV 08-01936-MMM (PJWx), 2008 WL 11337642, at *6-8 (C.D. Cal. July 21, 2008). The majority of Reddit's claims fit this mold: its claims for breach of contract, unjust enrichment, and tortious interference, as well as most of its unfair competition claim, fundamentally implicate core rights granted by copyright law, with no substantive "extra elements." The remaining claims that are not preempted, trespass to chattels and unfair competition premised on the same, arise from the same common nucleus of operative facts, and the Court therefore can and should exercise supplemental jurisdiction. The Court therefore has jurisdiction over Reddit's claims.

## II.     FACTS

Plaintiff's Statement: Reddit alleges that as far back as December 2021, Anthropic—without authorization and in direct violation of Reddit's User Agreement and Privacy Policies—systematically scraped and commercialized Reddit content to train its AI chatbot, *Claude*. ECF No. 1-1 at ¶ 7. As a result of Anthropic's unauthorized access and scraping, Reddit's state-law Complaint asserts five causes of action under California contract and tort law: (1) breach of contract, (2) unjust enrichment, *pled in the alternative*, (3) trespass to chattels; (4) tortious interference with a contractual relationship; and (5) unfair competition under California Business & Professions Section 17200. *See id.* at ¶¶ 64-96.

Defendant's Statement: Anthropic disputes the allegations underlying Reddit's five state-law causes of action. For example, Anthropic's access of Reddit was not unauthorized, not violative of any valid agreement, not unjust, not a trespass, not tortious, and not unfair competition under Section 17200. Anthropic agrees that Reddit's complaint asserts the five enumerated causes of action. Anthropic denies that Reddit is entitled to any relief.

## III.    LEGAL ISSUES

The Parties identify the following disputed points of law based on the current pleadings and pending motion to remand:

- Whether Reddit's state-law claims are subject to complete preemption under the Copyright Act such that this Court can properly exercise jurisdiction;
- Whether Reddit's state-law claims are subject to conflict preemption relating to the Copyright Act;
- Whether Reddit has adequately alleged each of its claims;
- Whether Anthropic was subject to and breached Reddit's User Agreement under California common law;
- Whether Anthropic was unjustly enriched under California common law;
- Whether Anthropic unlawfully trespassed on Reddit's electronic chattels under California common law;
- Whether Anthropic tortiously interfered with valid contractual relationships between Reddit and its users under California common law;
- Whether Anthropic violated California's Unfair Competition Law under Cal. Bus. & Prof. Code Section 17200;
- Whether Reddit is entitled to remedies sought in its Prayer for Relief, including: specific performance; compensatory, consequential, and punitive damages; lost profits and/or disgorgement; restitution; pre- and post-judgment interest; attorneys' fees and costs; and injunctive relief;
- Whether Anthropic is entitled to attorneys' fees and/or costs.

## IV. MOTIONS

*Pending Motions*

Plaintiff's motion to remand is currently pending before this Court. ECF No. 19, Re-Noticed at ECF No. 33. It is set to be heard on January 27, 2026 at 2:00 p.m. There are no other pending motions.

*Anticipated Motions*

Defendant anticipates filing a motion to dismiss Plaintiff's Complaint once Plaintiff's motion to remand is decided. By stipulation and Court order, Defendant's opening brief in support of any such motion is due fourteen (14) days after Plaintiff's motion to remand is decided. ECF No. 14, pp. 3, 5.

## V. AMENDMENT OF PLEADINGS

The Court has not yet heard Plaintiff's motion to remand, and Defendant has not yet filed any responsive pleading. Plaintiff reserves its right to file an amended complaint should the case remain in this venue and if warranted by either Defendant's responsive pleading or order of the Court. The Parties anticipate conducting fact and expert discovery, which may lead to adding parties, claims, and/or defenses. As additional relevant facts are discovered, Plaintiff may seek leave to amend its Complaint consistent with Fed. R. Civ. P. 15.

## VI. EVIDENCE PRESERVATION

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information, are aware of their document preservation obligations, and have taken reasonable and proportionate steps to preserve evidence potentially relevant to the issues in this action.

If this action remains in this Court and progresses to discovery, the Parties will meet and confer regarding a stipulated protocol governing the form of production of ESI and stipulate to a joint proposed ESI order within a reasonable amount of time upon the commencement of fact discovery.

## VII. DISCLOSURES

No disclosures have occurred to date. The Parties have agreed to a case schedule, set forth below, that sets forth the deadlines for required disclosures to occur.

**VIII.  DISCOVERY**

No formal discovery has been taken to date. To preserve resources and in the interests of efficiency, the Parties have agreed not to serve discovery until after Plaintiff's motion to remand is decided. The Parties have agreed to a case schedule, set forth below, that accounts for this agreement and will allow discovery to proceed in a timely fashion.

**IX.  CLASS ACTIONS**

Not applicable.

**X.  RELATED CASES**

Neither party is aware of any related cases pending before any other court.

**XI.  RELIEF**

Plaintiff seeks the following relief:

- Specific Performance, compensatory damages, consequential damages, lost profits, and/or disgorgement of Anthropic's profits;
- An injunction prohibiting Anthropic from continuing to use any Reddit data or content in support of its commercial offerings and from continuing to profit from any commercial offerings built with the aid of Reddit content, including by prohibiting Anthropic from continuing to license or sell any products that incorporate data or were trained using data from the Reddit platform in any way;
- Restitution for the amount by which Anthropic has been enriched by its scraping and use of Reddit content;
- Pre-judgment and post-judgment interest as allowed by law;
- Punitive damages as allowed by law;
- An award of attorneys' fees and costs as allowed by law; and
- Any other relief the Court deems appropriate.

Defendant denies that Plaintiff is entitled to any relief and seeks the following relief:

- An award of attorneys' fees and/or costs as allowed by law; and
- Any other relief the Court deems appropriate.

**XII.   SETTLEMENT AND ADR**

The Parties engaged in a formal mediation through JAMS on August 1, 2025, and were not able to reach a resolution.  The Parties do not believe another ADR is appropriate at this time, but will reconsider the appropriateness and timing of a subsequent ADR upon resolution of the motion to remand, any motion(s) to dismiss, and the commencement of fact discovery.

**XIII.   OTHER REFERENCES**

At this time, the parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.  It is premature to know whether referral to a special master is appropriate, but the parties reserve the right to request any such referral under appropriate circumstances.

**XV.   NARROWING OF ISSUES**

At this time, the Parties believe it is premature to suggest narrowing of issues.  Upon resolution of the motion to remand and any motion(s) to dismiss, the Parties will discuss whether any of the issues can be narrowed by agreement or motion, as well as potential means to expedite the presentation of evidence at trial.

**XVI.   SCHEDULING**

The Parties have agreed upon, and propose, the following schedule:

| Date | Event |
| --- | --- |
| December 18, 2025 | Case Management Conference |
| January 27, 2026 | Remand motion hearing |
| February 27, 2026 | Initial disclosures exchanged |
| February 27, 2026 | Proposed ESI submission |
| December 18, 2026 | Close of fact discovery |
| January 18, 2027 | Final deadline to file discovery motions |
| February 1, 2027 | Opening Expert Reports on issues on which party bears burden of proof |
| March 22, 2027 | Rebuttal Expert Reports |
| April 19, 2027 | Reply Expert Reports |

JOINT CASE MANAGEMENT STATEMENT  
CASE NO. 3:25-CV-05643-TLT

6

| Date | Event |
|---|---|
| May 17, 2027 | Expert Discovery closes |
| June 7, 2027 | Daubert motion filing deadline |
| June 7, 2027 | Deadline for dispositive motions |
| July 5, 2027 | Deadline for opposition to Daubert motions |
| July 5, 2027 | Deadline for opposition to dispositive motions |
| July 19, 2027 | Deadline for reply re Daubert motions |
| July 19, 2027 | Deadline for reply re dispositive motions |
| August 23, 2027 | Daubert motion hearing deadline |
| August 23, 2027 | Hearing date for dispositive motions |
| October 4, 2027 | Joint Pretrial Statement |
| November 1, 2027 | Pretrial Conference |
| December 6, 2027 | Trial, subject to the Court's availability |

## XVII. TRIAL

Plaintiff has requested a jury trial. The Parties currently estimate trial will last two weeks, but will advise the Court if that estimate changes after discovery.

## XVIII. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Reddit filed its disclosure pursuant to Fed. R. Civ. P. 7.1 and its Certification of Interested Entities or Persons required by Civil Local Rule 3-15 on October 1, 2025 (ECF No. 32). Reddit confirms pursuant to Civil L.R. 3-15 that as of this date, there is no conflict or interest (other than the named parties) to report.

Anthropic filed its disclosure pursuant to Fed. R. Civ. P. 7.1 and its Certification of Interested Entities or Persons required by Civil Local Rule 3-15 on July 3, 2025 (ECF No. 3).

Anthropic confirms pursuant to Civil L.R. 3-15 that as of this date, there is no conflict or interest (other than the named parties) to report.

## XIX. PROFESSIONAL CONDUCT

All attorneys of record have reviewed the Guidelines for Professional Conduct for the Northern District of California.

## XXI. OTHER ISSUES

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), the Parties consent to electronic service of documents, including discovery materials and correspondence, that are not filed with the Court, and that electronic service be treated as hand service.

DATED: December 10, 2025                                Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Corey Worcester*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

Corey Worcester (Admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (Admitted *pro hac vice*)
stefanberthelsen@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000
Facsimile:      (212) 849 -7100

*Attorneys for Plaintiff Reddit, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Adam Brausa*
MORRISON & FOERSTER LLP
Ragesh K. Tangri (CA SBN 159477)
RTangri@mofo.com
Adam Brausa (CA SBN 298754)
ABrausa@mofo.com
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Whitney R. O'Byrne (CA SBN 325698)
WOByrne@mofo.com
Laura Lively Babashoff (CA SBN 323922)
LLively@mofo.com
Katherine E. McNutt (CA SBN 320128)
KMcNutt@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Quinn V. Walker (CA SBN 336266)
QWalker@mofo.com
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

CONRAD METLITZKY KANE LLP
Grace Yang (CA SBN 286635)
gyang@conmetkane.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.469.1715

*Attorneys for Defendant Anthropic PBC*

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: December 10, 2025                                             */s/ Corey Worcester*
                                                                                              Corey Worcester