| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100<br><br>Morgan W. Tovey (Bar No. 136242)<br>morgantovey@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>Corey Worcester (Admitted *pro hac vice*)<br>coreyworcester@quinnemanuel.com<br>Stefan Berthelsen (Admitted *pro hac vice*)<br>stefanberthelsen@quinnemanuel.com<br>295 Fifth Avenue, 9th Floor<br>New York, New York 10016<br>Telephone:     (212) 849-7000<br>Facsimile:      (212) 849 -7100<br><br>*Attorneys for Plaintiff Reddit, Inc.* | MORRISON & FOERSTER LLP<br>Ragesh K. Tangri (CA SBN 159477)<br>RTangri@mofo.com<br>Adam Brausa (CA SBN 298754)<br>ABrausa@mofo.com<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Whitney R. O'Byrne (CA SBN 325698)<br>WOByrne@mofo.com<br>Laura Lively Babashoff (CA SBN 323922)<br>LLively@mofo.com<br>Katherine E. McNutt (CA SBN 320128)<br>KMcNutt@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br>*Counsel continued on subsequent page*<br><br>*Attorneys for Defendant Anthropic PBC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ANTHROPIC PBC,<br><br>            Defendant. | Case No. 3:25-cv-05643-TLT<br><br>**JOINT NOTICE OF RELATED CASES** |

1  MORRISON & FOERSTER LLP
   Quinn V. Walker (CA SBN 336266)
2  QWalker@mofo.com
   2100 L Street, NW Suite 900
3  Washington, DC 20037
   Telephone: 202.887.1500
4  Facsimile: 202.887.0763

5  CONRAD METLITZKY KANE LLP
   Grace Yang (CA SBN 286635)
6  gyang@conmetkane.com
   217 Leidesdorff Street
7  San Francisco, CA 94111
   Telephone: 415.469.1715
8
   *Attorneys for Defendant Anthropic PBC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
CASE NO. 3:25-CV-05643-TLT

Pursuant to the Court's December 15, 2025 text order (ECF No. 42), Plaintiff Reddit Inc. and Defendant Anthropic PBC, (collectively, the "Parties") are hereby providing notice to the Court that there are no related cases in state or federal court at this time.

DATED: December 16, 2025                               Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Corey Worcester*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Corey Worcester (Admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (Admitted *pro hac vice*)
stefanberthelsen@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:   (212) 849-7000
Facsimile:    (212) 849 -7100

*Attorneys for Plaintiff Reddit, Inc.*

*/s/ Adam Brausa*
MORRISON & FOERSTER LLP
Ragesh K. Tangri (CA SBN 159477)
RTangri@mofo.com
Adam Brausa (CA SBN 298754)
ABrausa@mofo.com
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Whitney R. O'Byrne (CA SBN 325698)
WOByrne@mofo.com
Laura Lively Babashoff (CA SBN 323922)
LLively@mofo.com
Katherine E. McNutt (CA SBN 320128)
KMcNutt@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Quinn V. Walker (CA SBN 336266)
QWalker@mofo.com
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

CONRAD METLITZKY KANE LLP
Grace Yang (CA SBN 286635)
gyang@conmetkane.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415.469.1715

*Attorneys for Defendant Anthropic PBC*

**Attestation Pursuant to Civil Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

Dated: December 16, 2025                    /s/ Corey Worcester
                                             Corey Worcester