1  RAGESH K. TANGRI (CA SBN 159477)
   RTangri@mofo.com
2  ADAM BRAUSA (CA SBN 298754)
   ABrausa@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street,
4  San Francisco, California 94105-2482
   Telephone:  415.268.7000
5  Facsimile:  415.268.7522

6  WHITNEY R. O'BYRNE (CA SBN 325698)
   WOByrne@mofo.com
7  LAURA LIVELY BABASHOFF (CA SBN 323922)
   LLively@mofo.com
8  KATHERINE E. MCNUTT (CA SBN 320128)
   KMcNutt@mofo.com
9  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
10 Los Angeles, California 90017-3543
   Telephone:  213.892.5200
11 Facsimile:  213.892.5454

12 *Counsel continued on subsequent page*

13 Attorneys for Defendant
   ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC., | Case No. 3:25-cv-05643-TLT |
| Plaintiff, | **STATEMENT OF RECENT DECISION** |
| v. | Hearing: January 27, 2026<br>Time: 2:00 p.m. |
| ANTHROPIC PBC, | Place: Courtroom 9, 19th Floor<br>Judge: Hon. Trina L. Thompson |
| Defendant. | |

1  QUINN V. WALKER (CA SBN 336266)
   QWalker@mofo.com
2  MORRISON & FOERSTER LLP
   100 L Street, NW Suite 900
3  Washington, DC 20037
   Telephone:    202.887.1500
4  Facsimile:    202.887.0763

5  GRACE YANG (CA SBN 286635)
   gyang@conmetkane.com
6  CONRAD METLITZKY KANE LLP
   217 Leidesdorff Street
7  San Francisco, CA 94111
   Telephone: 415.469.1715
8
   Attorneys for Defendant
9  ANTHROPIC PBC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF RECENT DECISION
CASE NO. 3:25-CV-05643-TLT

1   Pursuant to Civil L.R. 7-3(d)(2), attached as Exhibit A is a true and correct copy of the
2   Opinion & Order in the matter *In re: OpenAI, Inc. Copyright Infringement Litigation*, No. 25-md-
3   3143 (SHS) (OTW) (S.D.N.Y.) (related to *Ziff Davis et al. v. OpenAI et al.*, No. 25-cv-4315),
4   dated December 15, 2025.

5   Defendant Anthropic PBC submits that pages 1-3 and 4-5 of Exhibit A are relevant to its
6   opposition to Plaintiff's motion to remand (ECF No. 24).

| | |
|---|---|
| Dated: December 17, 2025 | MORRISON & FOERSTER LLP |
| | By: */s/Adam R. Brausa* |
| | Adam R. Brausa |
| | *Attorney for Defendant* |
| | ANTHROPIC PBC |

STATEMENT OF RECENT DECISION
CASE NO. 3:25-CV-05643-TLT-SI

1