UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDDIT, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>        Defendant. | Case No. 25-cv-05643-TLT<br><br>**SUPPLEMENTAL QUESTIONS FOR HEARING REGARDING THE MOTION TO REMAND:**<br><br>Re: Dkt. Nos. 1, 19, 24, 27, 45 |

Please provide a response to the following questions during the hearing:

**A. Copyright Subject Matter:**

   [**TO BOTH PARTIES**]:

   1. Please clarify whether Reddit's content (i.e., the repository of natural human language discussion) falls within the subject matter of copyright under 17 USC §§ 102-103.

**B. Breach of Contract:**

   [**TO BOTH PARTIES**]:

   1. Please discuss whether a binding contract between Reddit and Anthropic was formed through Reddit's User Agreement.

   2. Would the breach of contract through the unauthorized use of Reddit's content alter the analysis of preemption under the Copyright Act when a third party uses the same material in the absence of a contract?

   3. If this Court finds that the Copyright Act preempts the enforcement of contract rights in this instance, please discuss whether Antrophic's use of Reddit's content would be subject to strict liability under the Copyright Act.

   [**PLAINTIFF**]

   4. Describe how "access and/or use" in the User Agreement provides the extra elements

that are qualitatively different from the rights imposed by Copyright Act. Please include specific phrases in the User Agreement, including Sections 3 and 7, to address this question.

## C. Unjust Enrichment

### [DEFENDANT]:

1. Reddit alleges that this claim stems from bypassing technical safeguards and refusing to enter into a licensing agreement or abide by a Compliance API. *See* ECF 19 at 17. Discuss why these allegations are not qualitatively different from the rights imposed by the Copyright Act.

## D. Tortious Interference with Contract

### [TO BOTH PARTIES]:

1. Discuss whether the Court considers "knowledge and intent" to be essential elements that provide the necessary extra elements to avoid preemption. *See Jonathan Browning, Inc. v. Venetian Casino Resort, LLC* 2007 WL 4532214, at *10 (N.D. Cal. Dec. 19, 2007).
   a. If the answer is yes, identify the specific facts in the record.
   b. If the answer is no, cite the legal authorities that support a finding of preemption even if these elements are present.

## E. Unfair Competition

### [TO BOTH PARTIES]

1. Discuss whether the Court's determination regarding trespass to chattels and tortious interference should serve as a predicate for the "unlawful" prong of this claim.

### [PLAINTIFF]

2. Describe how the alleged "combination of Anthropic's scraping and automated bots' digital trespass" produces a qualitatively different "unfairness" analysis than a claim that "Anthropic scraped and used Reddit content without permission" *See* ECF 27 at 13.

2

[**DEFENDANT**]

3. Describe whether Anthropic's alleged misstatements regarding its bot activity constitute an extra element of misrepresentation sufficient to sustain the "fraud" prong of this claim. See ECF1, Exhibit A ¶ 9.

The parties are encouraged, but not required, to provide written responses in advance to allow for additional time for oral argument.

IT IS SO ORDERED.

Dated: January 22, 2026

_____
TRINA L. THOMPSON
United States District Judge

3