RAGESH K. TANGRI (CA SBN 159477)
RTangri@mofo.com
ADAM BRAUSA (CA SBN 298754)
ABrausa@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

WHITNEY R. O'BYRNE (CA SBN 325698)
WOByrne@mofo.com
LAURA LIVELY BABASHOFF (CA SBN 323922)
LLively@mofo.com
KATHERINE E. MCNUTT (CA SBN 320128)
KMcNutt@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

*Counsel continued on subsequent page*

Attorneys for Defendant
ANTHROPIC PBC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 3:25-cv-05643-TLT <br><br> **ANTHROPIC'S RESPONSES TO THE COURT'S SUPPLEMENTAL QUESTIONS FOR HEARING REGARDING THE MOTION TO REMAND** |

1  QUINN V. WALKER (CA SBN 336266)
   QWalker@mofo.com
2  MORRISON & FOERSTER LLP
   100 L Street, NW Suite 900
3  Washington, DC 20037
   Telephone:   202.887.1500
4  Facsimile:   202.887.0763

5  GRACE YANG (CA SBN 286635)
   gyang@conmetkane.com
6  CONRAD METLITZKY KANE LLP
   217 Leidesdorff Street
7  San Francisco, CA 94111
   Telephone:   415.469.1715
8
   Attorneys for Defendant
9  ANTHROPIC PBC

**A.     Copyright Subject Matter:**

**1. Court's Question:** Please clarify whether Reddit's content (i.e., the repository of natural human language discussion) falls within the subject matter of copyright under 17 USC §§ 102–103.

**Anthropic Response:** Yes, the "natural human language discussion" on Reddit falls within the subject matter of copyright under 17 U.S.C. §§ 102–103. Website content may qualify for copyright protection so long as it reflects even a minimal degree of creativity. *Best Carpet Values, Inc. v. Google, LLC*, 90 F.4th 962, 971 (9th Cir. 2024); *see also Craigslist Inc. v. 3Taps Inc.*, 942 F. Supp. 2d 962 (N.D. Cal. 2013). In *3Taps*, the court held that a repository of online user-generated content was sufficiently creative to fall within the Copyright Act's protections. That conclusion follows from the Act's protection of "original works of authorship fixed in any tangible medium of expression." *See* 17 U.S.C. § 102(a); *see also Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 345 (1991) (the "requisite level of creativity is extremely low; even a slight amount will suffice" to satisfy the originality requirement for protection under the Copyright Act). Significantly, "the scope of the subject matter of copyright law is broader than the protections it affords." *Best Carpet*, 90 F.4th at 972 (citation omitted).

**B.     Breach of Contract:**

**1. Court's Question:** Please discuss whether a binding contract between Reddit and Anthropic was formed through Reddit's User Agreement.

**Anthropic Response:** No, Reddit did not adequately plead the formation of a binding contract based on the User Agreement, nor could it as a matter of law. Reddit alleges that the User Agreement applies to "any user, individual, robot, or entity that accesses Reddit," including Anthropic. Compl. ¶ 27; *see also id.* ¶ 28. Reddit's User Agreement is hyperlinked on the reddit.com website (along with various other hyperlinks), but visitors to the site are not required to view the User Agreement and can view posts on Reddit without reviewing it. This is the definition of a "browsewrap agreement." *Be In, Inc. v. Google Inc.*, No. 12-CV-03373-LHK, 2013 WL 5568706, at *6 (N.D. Cal. Oct. 9, 2013). Reddit's allegations are insufficient to show

the existence of an enforceable browsewrap contract.  *See id.*; *see also Berman v. Freedom Fin. Network, LLC*, 30 F.4th 849, 857–58 (9th Cir. 2022).

The Court can, however, deny Reddit's motion to remand without reaching whether Reddit has adequately alleged formation of a binding contract.  The Reddit User Agreement is the only potential contract allegedly breached, and Reddit's breach allegations show that the gravamen of its claim is not qualitatively different from a copyright infringement claim.

**2. Court's Question:**  Would the breach of contract through the unauthorized use of Reddit's content alter the analysis of preemption under the Copyright Act when a third party uses the same material in the absence of a contract?

**Anthropic Response:**  When a third party copies and uses material posted on Reddit, a claim objecting to that copying and use is preempted by the Copyright Act whether or not there is a binding contract.

The parties sought clarification of this question and Anthropic will be prepared to discuss it further at the hearing.

**3. Court's Question:**  If this Court finds that the Copyright Act preempts the enforcement of contract rights in this instance, please discuss whether Anthropic's use of Reddit's content would be subject to strict liability under the Copyright Act.

**Anthropic Response:**  Copyright infringement is a strict liability tort, which means that intent is not an element of a prima facie claim and innocent intent is no defense.  *See Bell v. Wilmott Storage Servs., LLC*, 12 F.4th 1065, 1081 (9th Cir. 2021).  If there is fair use of the copyrighted work, however, there is no liability because by statute, fair use "is a non-infringing use."  *Lenz v. Universal Music Corp.*, 815 F.3d 1145, 1152–53 (9th Cir. 2016) (citation omitted); 17 U.S.C. § 107.

A Reddit *user* whose content was copied by Anthropic could potentially establish prima facie copyright infringement, though the user's claim would be subject to the fair use doctrine. Reddit is not the proper party to assert a copyright infringement claim against Anthropic, because Reddit does not own that content.  Reddit's User Agreement establishes that users "retain any ownership rights" in their content while granting Reddit only a "nonexclusive" license.  Compl.

Ex. A § 5.  A nonexclusive licensee lacks standing to sue for copyright infringement.  *See DRK Photo v. McGraw-Hill Glob. Educ. Holdings, LLC*, 870 F.3d 978, 983 (9th Cir. 2017).  For clarity, that Reddit itself cannot plead a copyright claim does not affect the preemption analysis.  *See* ECF 24 at 9 n.6.

**C.   Unjust Enrichment**

  **1.  Court's Question:**  Reddit alleges that this claim stems from bypassing technical safeguards and refusing to enter into a licensing agreement or abide by a Compliance API.  *See* ECF 19 at 17.  Discuss why these allegations are not qualitatively different from the rights imposed by the Copyright Act.

  **Anthropic Response:**  Reddit's allegations are not qualitatively different because the core of Reddit's claim is that Anthropic copied content posted on Reddit's website, that Anthropic should have obtained a license to do so, and this copying without a license unjustly benefited Anthropic.  That is a classic implied-in-law unjust enrichment claim (*see* ECF 24 at 9), and as Reddit concedes, such claims are almost always preempted.  *See* ECF 27 at 8.  So too here.  Reddit's allegations relating to purported technical safeguards and a Compliance API do not qualitatively change its claim.  The allegations all boil down to claims that Anthropic copied user generated content from Reddit's website, that Reddit purportedly included terms in license agreements with other AI companies that allow them to copy that content, and that to Reddit's disappointment, Anthropic did not enter into a license with those provisions.  Compl., ¶¶ 37–38.  The license that Reddit says Anthropic should have entered into would be a license to copy content posted on Reddit, which remains, at its core, equivalent to a claim under the Copyright Act.  *See Kadrey v. Meta Platforms, Inc.*, No. 23-CV-03417-VC, 2023 WL 8039640, at *2 (N.D. Cal. Nov. 20, 2023) (unjust enrichment claim premised on use of plaintiff's books to train LLMs was preempted by the Copyright Act); ECF No. 24 at 8–10.

**D.   Tortious Interference with Contract**

  **1.  Court's Question:**  Discuss whether the Court considers "knowledge and intent" to be essential elements that provide the necessary extra elements to avoid preemption.  *See Jonathan*

*Browning, Inc. v. Venetian Casino Resort, LLC*, 2007 WL 4532214, at *10 (N.D. Cal. Dec. 19, 2007).

      a. If the answer is yes, identify the specific facts in the record.

      b. If the answer is no, cite the legal authorities that support a finding of preemption even if these elements are present.

**Anthropic Response:** The answer is no. Knowledge and intent are legal elements of a tortious interference claim, but to assess preemption, "the court should engage in a fact-specific inquiry into the *actual* allegations underlying the claims at issue in the case, so as to determine whether the 'gravamen' of the state law claim asserted is the same as the rights protected by the Copyright Act." *Idema v. Dreamworks, Inc.*, 162 F. Supp. 2d 1129, 1190 (C.D. Cal. 2001) (emphasis original). As such, tortious interference claims are frequently preempted where they are not qualitatively different from a copyright infringement claim. "The fact that [tortious interference], unlike copyright infringement, requires awareness of the conflicting contract and an intentional interference with it merely means that the state-created right is narrower than its copyright counterpart, not that it is *qualitatively different* so as to preclude [Copyright Act] pre-emption." *Media.net Advert. FZ-LLC v. NetSeer, Inc.*, 156 F. Supp. 3d 1052, 1071 (N.D. Cal. 2016) (quoting 1 Nimmer on Copyright § 1.01) (emphasis added); *see also Wilder v. CBS Corp.*, No. 2:12-CV-8961-SVW-RZ, 2016 WL 693070, at *8 (C.D. Cal. Feb. 13, 2016).

    In *Jonathan Browning, Inc. v. Venetian Casino Resort, LLC*, No. C 07-3983 JSW, 2007 WL 4532214, at *10 (N.D. Cal. Dec. 19, 2007), the court found that the legal elements of knowledge and intent did provide an extra element necessary to avoid preemption,[1] but if this were true in every case, tortious interference claims would never be preempted. That is not the law, *e.g.*, *Media.net*, 156 F. Supp. 3d at 1073, and "a court should not rely merely on a 'laundry list' of the alleged 'elements' of the state law claims at issue, such that the mere possibility of an

---

[1] *Jonathan Browning* relied on *Summit Machine Tool Manufacturing Corp. v. Victor CNC Systems, Inc.*, 7 F.3d 1434 (9th Cir. 1993), which involved allegations that the defendant interfered with an exclusive contract by purchasing products that were contractually reserved for the plaintiff. In that case, the tortious interference claim was not preempted based on factual allegations regarding knowledge and intent, but the decision did not hold that knowledge and intent categorically supply the extra elements needed to avoid Copyright Act preemption.

'extra element' protects a claim from preemption." *Idema*, 162 F. Supp. 2d at 1190. Here, the Complaint's formulaic recitation of the elements of tortious interference cannot disguise the gravamen of Reddit's claim, which is that Anthropic copied content from Reddit without Reddit's permission. That is a classic copyright infringement claim.

Furthermore, even if the legal requirements of "knowledge and intent" do give rise to a possibility of an extra element for preemption purposes, Reddit fails to identify any specific provision of its contracts with third-party users with which Anthropic knowingly and intentionally interfered. As such, Reddit's claim remains one that sounds in copyright and is therefore preempted.

### E.      Unfair Competition

**1. Court's Question:** Discuss whether the Court's determination regarding trespass to chattels and tortious interference should serve as a predicate for the "unlawful" prong of this claim.

**Anthropic Response:** Yes. The "unlawful" prong of the UCL borrows violations of other laws, and here, Reddit identifies no laws to be borrowed aside from its tort claims. Compl. ¶ 93. Reddit's tortious interference claim seeks to assert rights equivalent to rights in the Copyright Act and therefore both it and the UCL claim based on it are preempted. *See* ECF 24 at 11–13.

**3. Court's Question:** Describe whether Anthropic's alleged misstatements regarding its bot activity constitute an extra element of misrepresentation sufficient to sustain the "fraud" prong of this claim. *See* ECF 1–1, Exhibit A ¶ 9.

**Anthropic Response:** No. ***First***, a failure to disclose alleged infringement, even via a misrepresentation, is not an extra element. *See Sybersound Records, Inc. v. UAV Corp.*, No. CV 05-5861-JFW (FMOx), 2005 WL 8156567, at *4 (C.D. Cal. Nov. 7, 2005) (finding misrepresentation that musical compilations "are fully licensed" and failure to disclose infringement insufficient to provide an extra element); *McCormick v. Sony Pictures Entm't*, No. CV 07-05697-MMM (PLAx), 2008 WL 11336160, at *10 (C.D. Cal. Nov. 17, 2008). ***Second***, the alleged misstatement cannot provide the extra element because Reddit does not allege that anyone relied on Anthropic's statement or that it was harmed by it. Reliance and resulting harm

are required elements of fraud.  *See, e.g.*, *Falk v. Gen. Motors Corp.*, 496 F. Supp. 2d 1088, 1099 (N.D. Cal. 2007).  Reddit's failure to allege these essential elements means that its "fraud" claim, despite the label, is not qualitatively different from the other preempted claims.

Dated: January 26, 2026

MORRISON & FOERSTER LLP

By: /s/ *Ragesh K. Tangri*
Ragesh K. Tangri

*Attorneys for Defendant*
ANTHROPIC PBC