QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Corey Worcester (Admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (Admitted *pro hac vice*)
stefanberthelsen@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone:     (212) 849-7000
Facsimile:     (212) 849 -7100

*Attorneys for Plaintiff Reddit, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REDDIT, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 3:25-cv-5643-TLT<br><br>**PLAINTIFF REDDIT INC.'S RESPONSE TO SUPPLEMENTAL QUESTIONS FOR HEARING REGARDING THE MOTION TO REMAND**<br><br>Hearing:  January 27, 2026<br>Time:   2:00 p.m.<br>Place:   Courtroom 9, 19th Fl.<br>Judge:   Hon. Trina L. Thompson |

A. Copyright Subject Matter

[TO BOTH PARTIES]:

1. <u>Please clarify whether Reddit's content (i.e., the repository of natural human language discussion) falls within the subject matter of copyright under 17 USC §§ 102-103.</u>

*Some* of the content posted by Reddit's users on Reddit, such as written posts, images, and videos, falls within the subject matter of federal copyright law under 17 USC Sections 102-103, but *much* of the Reddit content from which Anthropic admits its scrapes is **not** by itself copyrightable. For example, Reddit usernames, Reddit post upvote and downvote counts, the fact that a Reddit post is hosted on a specific subreddit, the responsive nesting of Reddit posts on any given Reddit subreddit topic, and so on, are not by themselves copyrightable. ECF No. 2-1 at ¶¶ 7, 8 47. Indeed, *around the time of its founding in December 2021*, Anthropic admitted that the content which Reddit hosts is valuable to Anthropic because of its **non-copyrightable** features—that is, the public "preference modeling" features inherent in Reddit's signature upvote-downvote comment ranking system within unique subreddit communities. *Id.* at ¶¶ 7, 8, 47; *see also A General Language Assistant As A Laboratory For Alignment*, https://arxiv.org/pdf/2112.00861 (Dec. 9, 2021), at 35. But regardless of whether specific content is copyrightable, Anthropic is contractually obliged not to scrape with bots for a commercial purpose. *See e.g.*, *Yu v. ByteDance*, 2023 WL 5671932, at *5-6 (N.D. Cal. Sept. 1, 2023) ("allegations about [a] bot scheme and the allegations that [a defendant] scrapes content from competitor websites in violation of those competitors' terms of use [are] not preempted because those allegations do not assert rights equivalent to an action for copyright infringement.").

B. Breach of Contract

[TO BOTH PARTIES]:

1. <u>Please discuss whether a binding contract between Reddit and Anthropic was formed through Reddit's User Agreement.</u>

Reddit and Anthropic formed a binding contract through Reddit's User Agreement and incorporated Privacy Policy each time Anthropic's agents, including its AI bots, accessed or logged on to Reddit's platform, because any user, individual, robot, or entity that accesses Reddit agrees to

be bound by Reddit's User Agreement. ECF No. 1-1 at ¶¶ 27, 65-67. Anthropic was constructively and actually aware of Reddit's User Agreement. *See id.* at ¶ 9, 46-49. At the very least, Anthropic cannot dispute that it was actually aware of Reddit's User Agreement as of May 2024, when Reddit sent a cease and desist letter, explicitly instructing Anthropic to halt its unlawful scraping. *See id.* at ¶ 9, 56, 58-61. Indeed, Anthropic's own website contains similar contractual language. *See* Anthropic Consumer Terms of Service, Section 3.4, https://www.anthropic.com/legal/consumer-terms (last visited Jan. 24, 2026) ("You may not access or use…our Services in the following ways: …[t]o crawl, scrape, or otherwise harvest data or information from our Services other than as permitted under these Terms."). Despite these warnings—both the Reddit User Agreement it accepted and Anthropic's similar user agreement it drafted—Anthropic knowingly and repeatedly accessed the Reddit platform throughout 2024 and, on information and belief, continues to unlawfully scrape content from Reddit in violation of the User Agreement. *Id.* at ¶¶ 56-61.

While the parties may dispute whether there is a valid and enforceable contract, this type of merits determination is not relevant to the jurisdictional analysis and should be reserved for a motion to dismiss or summary judgment. *See Toumajian v. Frailey*, 135 F.3d 648, 658 (9th Cir. 1998) (noting "[c]hallenges to the court's power to rule [on a motion to remand] must, of necessity, be determined before the court may rule on the merits.").

2. <u>Would the breach of contract through the unauthorized use of Reddit's content alter the analysis of preemption under the Copyright Act when a third party uses the same material in the absence of a contract?</u>

The parties sought clarification of this question, and Reddit will be prepared to discuss it further at the hearing.

3. <u>If this Court finds that the Copyright Act preempts the enforcement of contract rights in this instance, please discuss whether Anthropic's use of reddit's content would be subject to strict liability under the Copyright Act.</u>

As explained above, the "Reddit content" Anthropic misappropriated is not uniform when it comes to falling within the Copyright Act's scope, and Reddit content falls into at least three categories. First, the natural signals of human interaction—upvotes, downvotes, a subreddit's

commenting threading—that Anthropic and its CEO admitted made Reddit's data uniquely valuable for AI training in 2021—are not copyrightable. *See* ECF No. 1-1 at ¶ 7, *A General Language Assistant As A Laboratory For Alignment*. Second, some user posts may be copyrightable by Reddit's users. And third, Reddit may hold some copyrights in its site structure embedded in its computer code and in Reddit-authored posts.

For this third category, Anthropic would likely be strictly liable under the Copyright Act for scraping—that is the one-to-one reproduction—of this content. However, preemption based on that narrow overlap would leave the vast majority of Reddit content unprotected. This limited protection highlights why Reddit brought only state law claims. Only these claims have remedies capable of vindicating Reddit's rights. Copyright law offers no protection for the non-copyrightable content, nor does it put guardrails on limited "access" to Reddit content which ensures privacy protections for Reddit users posting on Reddit. By asserting Breach of Contract, Unjust Enrichment, Tortious Interference, and Unfair Competition, Reddit is protecting rights "qualitatively different" from copyright: the right to condition access to the Reddit platform and preventing free-riding on Reddit-hosted content. *See e.g.*, *Yu,* 2023 WL 5671932, at *4-6; *MDY Indus. LLC v. Blizzard Ent., Inc.,* 629 F.3d 928, 938, 957-58 (9th Cir. 2010). Preempting these claims would effectively authorize Anthropic's exploitation of what it rightly sees as the most valuable parts of Reddit's platform without consequence.

This distinction highlights why this case is fundamentally different from other ongoing AI cases involving downstream model training. This is an upstream dispute about data acquisition. Whether Reddit can train AI on licensed data is not at issue here. Instead, Reddit claims Anthropic breached its User Agreement by accessing and harvesting data by automated means *en masse* precisely to avoid paying for it. Reddit seeks compensation for the unauthorized harvesting and access as a whole, not just the reproduction of certain content or computer code. *See* ECF No. 1-1 at ¶¶ 64-82, 92-96.

**[PLAINTIFF]**

4. Describe how "access and/or use" in the user agreement provides the extra elements that are qualitatively different from the rights imposed by Copyright Act. Please include

specific phrases in the User Agreement, including Sections 3 and 7, to address this question.

District courts in the Ninth Circuit have concluded that contractual restrictions on access and use provide the necessary extra elements where, as here, the restrictions are focused on the *means* by which the content is collected or distributed. *See e.g.*, *Yu*, 2023 WL 5671932, at *5-6 ("[A]llegations about [a] bot scheme and…that [a defendant] scrapes content from competitor websites in violation of those competitors' terms of use [are] not preempted because those allegations do not assert rights equivalent to an action for copyright infringement."); *Craigslist, Inc. v. Autoposterpro, Inc.*, 2009 WL 890896, at *2 (N.D. Cal. Mar. 27, 2009) (finding no defensive preemption where "[t]he TOUs contain extra obligations beyond those imposed by the Copyright Act," including restrictions on the "use [of] automated posting devices"). Other courts are in accord. *See, e.g., Cvent, Inc. v. Eventbrite, Inc.*, 739 F. Supp. 2d 927, 936 (E.D. Va. 2010) ("A breach of contract claim premised upon [a prohibition against scraping in] the Terms of Use on Cvent's website is qualitatively different from a claim for copyright infringement…and therefore is not preempted."); see also ECF No. 19, Reddit Mot. to Remand, at 13-15.

Here, users agree in Section 3 of the User Agreement they will not "license, sell, transfer…or otherwise commercially exploit the Services or Content." Specifically, users agree in Section 7 they will not "*[u]se* [the] Services in any manner that could interfere with, disable, overburden, or otherwise impair the services;" or "*[a]ccess*, search, or **collect data** from the Services by any means (***automated*** or otherwise) except as permitted in these Terms or in a separate agreement with Reddit (we conditionally grant permission to **crawl the Services in accordance with the parameters set forth in our robots.txt file**, but **scraping the Services without Reddit's prior written consent is prohibited**)." These contractual restrictions on access and use-of-the-platform contain obligations beyond those imposed by the Copyright Act, foreclosing preemption and warranting remand.

**D. Tortious Interference with Contract**

**[TO BOTH PARTIES]:**

1. Discuss whether the Court considers "knowledge and intent" to be essential elements that provide the necessary extra elements to avoid preemption. *See Jonathan Browning, Inc. v.*

<u>Venetian Casino Resort, LLC</u>, 2007 WL 4532214, at *10 (N.D. Cal. Dec. 19, 2007).

Yes, this Court has concluded that the "knowledge and intent" elements of a tortious interference claims provide the necessary extra element(s) to avoid preemption. *See id.* (citing *Summit Mach. Tool Mfg. Corp. v. Victor CNC Sys., Inc.*, 7 F.3d 1434, 1442 (9th Cir. 1993)).

a. <u>If the answer is yes, identify the specific facts in the record.</u>

Reddit has alleged that "Anthropic has ***actual knowledge*** of Reddit's contractual relationship with its users and Reddit's specific contractual obligations to protect user privacy and respect user choices. Anthropic gained this knowledge by both accessing Reddit's platform and agreeing to be bound by the User Agreement…." ECF No. 1-1 at ¶ 86 (emphasis added). Reddit has further alleged that "Anthropic ***intentionally*** interfered with Reddit's contractual relationships with its users by: (a) scraping Reddit content without entering into a licensing agreement that would provide the necessary guardrails to protect users' privacy rights; (b) bypassing connecting to Reddit's Compliance API, which automatically notifies licensees when users delete posts or comments; (c) training its AI models on user content without any mechanism to respect Reddit user deletion requests; and (d) continuing to scrape Reddit content after being notified that such conduct violated Reddit's obligations to its users." *Id.* at ¶ 87 (emphasis added). Anthropic's knowledge and intent can also be attributed to its refusal to enter into a licensing agreement that would require Anthropic to comply with Reddit's Privacy Policy and Public Content policy and Anthropic's own Terms of Service which prohibits this same behavior. *See id.* at ¶¶ 55-57; Anthropic Consumer Terms of Service, Section 3.4*, https://www.anthropic.com/legal/consumer-terms*.

While the parties and the Court are limited to the four corners of the Complaint and the Notice of Removal on this Motion, *see Mattel, Inc. v.* Bryant, 441 F. Supp. 2d 1081, 1092 (C.D. Cal. 2005), Reddit expects to develop a comprehensive factual record on this claim in discovery.

But even if the extra elements of "knowledge and intent" were not enough to prevent preemption (they are), Reddit's tortious interference claim still escapes preemption because the contract rights it seeks to vindicate are the ***privacy*** rights of its users. These rights are "not equivalent to any of its exclusive rights of copyright" and thus fall outside the ambit of the Copyright Act. *MDY Indus. LLC*, 629 F.3d at 957-58; *see* ECF No. 27, Reddit Reply at 10-12.

### E. Unfair Competition

**[TO BOTH PARTIES]**

1. <u>Discuss whether the Court's determination regarding trespass to chattels and tortious interference should serve as a predicate for the "unlawful" prong of this claim.</u>

The UCL "unlawful" prong borrows predicate violations from other laws. Reddit's predicate claims of tortious interference and trespass to chattels survive preemption, so the "unlawful" UCL claim attached to each must also survive. *Summit Mach. Tool Mfg. Corp.*, 7 F.3d at 1440 (holding that a UCL claim is not preempted if the underlying state law claim is not preempted); *see also Media.net Advert. FZ-LLC v. NetSeer, Inc.*, 156 F. Supp. 3d 1052, 1074 (N.D. Cal. 2016) ("A determination of whether the Copyright Act preempts a UCL claim requires analysis of each theory of unfair competition" (internal quotations omitted)). Crucially, Anthropic concedes that Reddit's trespass to chattels claim and the corresponding UCL claims are **not preempted**. ECF No. 24, Anthropic Opposition, at 8.

**[PLAINTIFF]**

2. <u>Describe how the alleged "combination of Anthropic's scraping and automated bots' digital trespass" produces a qualitatively different "unfairness" analysis than a claim that "Anthropic scraped and used Reddit content without permission" See ECF 27 at 13.</u>

The qualitative difference lies in the nature of the competitive injury. *In re Zoom Video Commc'ns Inc. Priv. Litig.*, 525 F. Supp. 3d 1017 (N.D. Cal. 2021) (finding UCL unfairness prong met by allegations of violations of several public policies harming both competition and consumers). A copyright claim focuses on the unauthorized reproduction of expressive content. In contrast, Reddit's unfair competition claim focuses on the misappropriation of Reddit's commercial infrastructure as a resource in the AI supply chain. By engaging in digital trespass and scraping via bots, Anthropic is effectively mining the raw material of Reddit's platform without paying the "extraction cost" that legitimate competitors like Google and OpenAI pay its suppliers. This conduct is unfair and harms competition, because Anthropic utilized illicit means to bypass paying Reddit, gaining an unearned cost advantage in the AI market. This distorts the AI marketplace, incentivizes bad behavior, harms Reddit and its users, and forces Reddit to bear Anthropic's costs unfairly.

| | | |
|---|---|---|
| DATED: January 26, 2026 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By: */s/ Corey Worcester*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Corey Worcester (Admitted *pro hac vice*)
coreyworcester@quinnemanuel.com
Stefan Berthelsen (Admitted *pro hac vice*)
stefanberthelsen@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849 -7100

*Attorneys for Plaintiff Reddit, Inc.*