UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REDDIT, INC.,

        Plaintiff,

      v.

ANTHROPIC PBC,

        Defendant.

Case No.  25-cv-05643-TLT

San Francisco County Superior Court
 Case No.  CGC-25-625892

**TENTATIVE ORDER RE: MOTION TO REMAND**

Re: Dkt. No. 19

Before the Court is Plaintiff Reddit, Inc.'s Motion to Remand this action to the state court. ECF 19.  Reddit asserts that its claims arise from violations of contractual, technical, and privacy-based obligations—not from infringement of exclusive rights under the Copyright Act (17 U.S.C. § 106). *Id*.

After reviewing the parties' briefs, the relevant legal authority and the pleadings, the Court tentatively finds that while Reddit's content at issue may fall within the broad subject matter of copyright, none of the asserted causes of action against Defendant Anthropic PBC seeks to vindicate rights equivalent to those protected by copyright.

The Court also tentatively finds each claim arises from alleged violations of contractual restrictions on the method and purpose of access, technical trespass and server impairment, interference with privacy covenants owed to users, and affirmative misrepresentations made by Defendant.  Therefore, the Court concludes that Reddit's claims allege extra elements that are qualitatively different from the rights protected by the Copyright Act.

//

Accordingly, Plaintiff's Motion to Remand is tentatively **GRANTED**, and this action should be returned to the San Francisco Superior Court, Docket CGC-25-625892.

IT IS SO ORDERED.

Dated: March 20, 2026

TRINA L. THOMPSON
United States District Judge