

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

March 23, 2026

San Francisco County Superior Court
Attn: Civil Clerk
400 McAllister Street
San Francisco CA 94102

RE: Reddit, Inc. v.  Anthropic PBC
     25-cv-05643-TLT

Your Case Number: CGC-25-625892

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

         ☒ Certified original and one copy of this letter

         ☒ Certified copies of docket entries

         ☒ Certified copy of Remand Order

         ☐ Other

     Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by:  Kimberly Ornelas
Case Systems Administrator
510-367-3530