

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue

San Francisco, CA 94102

*cand.uscourts.gov*

March 23, 2026

ENDORSED
**F I L E D**
Superior Court of California
County of San Francisco

**APR 0 1 2026**

CLERK OF THE COURT
BY: ___**AUSTIN LAM**___
Deputy Clerk

San Francisco County Superior Court
Attn: Civil Clerk
400 McAllister Street
San Francisco CA 94102

RE: Reddit, Inc. v. Anthropic PBC
    25-cv-05643-TLT

Your Case Number: CGC-25-625892

Dear Clerk,

**F I L E D**

APR **0 3** 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copies of docket entries

☒ Certified copy of Remand Order

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

by: Kimberly Ornelas
Case Systems Administrator
510-367-3530

'APR *0 1 2026*

**AUSTIN LAM**

FILED

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Filed 04/03/26

Document 62

5-cv-05643-TLT

Superior Court of California
County of San Francisco
Department # ___103___
400 McAllister Street, Room 103
San Francisco, CA 94102

SAN FRANCISCO CA 940

2 APR 2026 PM 4 L

FIRST-CLASS

US POSTAGE ᴾᴮ PITNEY BOWES

ZIP 94103 $ 000.74⁰
02 7W
0008040339 APR 02 2026

**RECEIVED**

APR 03 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

94102-348999